COPY

1  CHRISTOPHER J. COX (Bar No. 151650)
   Email: chris.cox@weil.com
2  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
3  Redwood Shores, CA 94065-1134
   Telephone: +1 650 802 3000
4  Facsimile: +1 650 802 3100

5  R. BRUCE RICH (Pro Hac Vice Application to be filed)
   Email: bruce.rich@weil.com
6  BRUCE S. MEYER (Pro Hac Vice Application to be filed)
   Email: bruce.meyer@weil.com
7  BENJAMIN E. MARKS (Pro Hac Vice Application to be filed)
   Email: benjamin.marks@weil.com
8  TODD LARSON (Pro Hac Vice Application to be filed)
   Email: todd.larson@weil.com
9  WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
10 New York, NY 10153
   Telephone: +1 212 310 8000
11 Facsimile: +1 212 310 8007

12 Attorneys for Defendant
   SIRIUS XM RADIO INC.
13

FILED
CLERK, U.S. DISTRICT COURT
AUG - 6 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

14            UNITED STATES DISTRICT COURT

15            CENTRAL DISTRICT OF CALIFORNIA

16

17 FLO & EDDIE, INC. a California             Case No. CV13- 5693 PSG (RZx)
   corporation, individually and on behalf of all
18 others similarly situated,                 (Los Angeles County Superior
                                              Court Case No. BC517032)
19                Plaintiff,
                                              **DEFENDANT SIRIUS XM
20      vs.                                   RADIO INC.'S NOTICE OF
                                              REMOVAL**
21 SIRIUS XM RADIO INC., a Delaware
   corporation; and DOES 1 through 100,
22
                  Defendants.
23

NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Sirius XM Radio Inc. ("Defendant") hereby removes this action from the Superior Court of California, County of Los Angeles, to this Court, on the grounds that this Court has original jurisdiction over this action under 28 U.S.C. § 1332(d)(2)(A).

1. On August 1, 2013, Plaintiff Flo & Eddie, Inc. ("Plaintiff"), individually and on behalf of all others similarly situated, filed a complaint entitled *Flo & Eddie, Inc. v. Sirius XM Radio, Inc.; and Does 1 through 100*, Case No. BC517032 (the "Complaint"), in the Superior Court for the State of California, County of Los Angeles (the "Superior Court"). A copy of the Complaint is attached as Exhibit A to the Declaration of Christopher J. Cox in Support of this notice.

2. Defendant became aware of and received the Complaint on or about August 1, 2013. Neither the Complaint, nor any other papers or pleadings in this action, have been served on Defendant as of the date hereof. Thus, Defendant is informed and believes that the document attached to this Notice as Exhibit A constitutes the entirety of the state court file in this Action, as these were the papers filed with the Superior Court.

3. This Notice is timely in that it is filed within thirty days of Defendant's receipt of the Complaint. *See* 28 U.S.C. § 1446(b).

4. Defendant will serve written notice of the filing of this Notice of Removal to Plaintiff, and will file a copy of the Notice of Removal with the clerk of the Superior Court of the State of California in and for the County of Los Angeles, as required by 28 U.S.C. § 1446(d).

5. Venue lies in the United States District Court for the Central District of California because this Court's territorial jurisdiction includes Los Angeles County, where the state court action was filed and is pending. *See* 28 U.S.C. § 1441(a).

## GROUNDS FOR REMOVAL

6. At the time of the filing of the Complaint, Plaintiff was a corporation organized under the laws of California with its principal place of business in Los Angeles, California. Complaint at ¶ 5. Plaintiff therefore was, and on information and belief continues to be, a citizen of California for purposes of diversity jurisdiction. *See* 28 U.S.C. § 1332(c)(1).

7. At the time of the filing of the Complaint, Defendant was a corporation organized under the laws of Delaware, with its principal place of business in New York, New York. *See* Complaint at ¶ 7; Declaration of Patrick L. Donnelly in support of Defendant's Notice of Removal at ¶ 2. Defendant therefore was, and continues to be, a citizen of Delaware and New York for purposes of diversity jurisdiction. *See* 28 U.S.C. § 1332(c)(1).

8. The defendants designated as DOES 1 through 100 in the Complaint are fictitious defendants. Pursuant to 28 U.S.C. § 1441(b)(1), for diversity purposes, "the citizenship of defendants sued under fictitious names shall be disregarded."

9. Plaintiff purports to bring a "class action," as defined in 28 U.S.C. 1332(d)(1)(B), under California state law. *See* Complaint at ¶¶ 9-17.

10. The Complaint defines the purported class as consisting of "the owners of Pre-1972 Recordings reproduced, performed, distributed or otherwise exploited by Defendants in California without a license or authorization to do so during the period from August 1, 2009 to the present." *Id.* at ¶ 9.

11. Plaintiff alleges that the putative class contains "many thousands of Class Members." *Id.* at ¶ 11.

12. Plaintiff brings three causes of action on behalf of itself and the putative class, all of which are based on allegations that Defendant has used pre-1972 sound recordings without authorization.

13. The First Cause of Action alleges a claim for violation of California Civil Code § 908(a)(2) and common law misappropriation. *See id.* at ¶¶ 18-23. For this claim, Plaintiff alleges that it and the putative class members have been damaged in an amount that is not yet fully ascertained but which exceeds $100 million. *See id.* at ¶ 21.

14. The Second Cause of Action alleges a claim for statutory and common law unfair competition. *See id.* at ¶¶ 24-28. Plaintiff alleges that it and the putative class members have been damaged in an amount that is not yet fully ascertained but which exceeds $100 million on this claim. *See id.* at ¶ 26.

15. The Third Cause of Action alleges a claim for conversion. *See id.* at ¶¶ 29-34. For this claim, Plaintiff also alleges that it and the putative class members have been damaged in an amount that is not yet fully ascertained but which exceeds $100 million. *See id.* at ¶ 32.

16. In addition, Plaintiff claims entitlement to punitive damages and attorneys' fees on each of these claims. *See id.* at ¶ 22.

17. The Class Action Fairness Act of 2005 "provides the federal district courts with 'original jurisdiction' to hear a 'class action' if the class has more than 100 members, the parties are minimally diverse, and the 'matter in controversy exceeds the sum or value of $5,000,000.'" *Std. Fire Ins. Co. v. Knowles*, 133 S. Ct. 1345, 1348 (2013) (citing 28 U.S.C. §§1332(d)(2), (5)(B)). In determining the amount in controversy, "'the claims of the individual class members shall be aggregated.'" *Id.* (quoting 28 U.S.C. §1332(d)(6)).

18. As noted above, Plaintiff is a citizen of California and Defendant is a citizen of Delaware and New York. Thus, minimal diversity, if not complete diversity, exists. The requirement that the class contain more than 100 members is also satisfied because Plaintiff alleges that the putative class contains "many thousands" of members.

19. With respect to the amount in controversy, "[i]n determining the amount, we first look to the complaint." *Lewis v. Verizon Communs., Inc.*, 627 F.3d 395, 399 (9th Cir. 2010). "[I]f the complaint alleges damages in *excess* of the federal amount-in-controversy requirement, then the amount-in-controversy requirement is presumptively satisfied unless 'it appears to a legal certainty that the claim is actually for less than the jurisdictional minimum.'" *Lowdermilk v. U.S. Bank Nat'l Ass'n*, 479 F.3d 994, 998 (9th Cir. 2007) (emphasis in original).

20. Here, the Complaint alleges compensatory damages in excess of $100 million plus punitive damages and a request for attorneys' fees. This is well in excess of the $5 million jurisdictional requirement.

21. Accordingly, this Court has original jurisdiction over this matter pursuant to 28 U.S.C. 1332 (d)(2)(A), and the matter may be removed to this Court pursuant to 28 U.S.C. § 1441(b).

22. Defendant denies that Plaintiff is entitled to any recovery in this action, and by filing this Notice of Removal, Defendant specifically preserves and does not waive any and all defenses that may be available to it, including, without limitation, any defenses contained in Rule 12 of the Federal Rules of Civil Procedure.

BASED ON THE FOREGOING, Defendant hereby removes the Action from the Superior Court of the State of California, for the County of Los Angeles, to the United States District Court for the Central District of California.

Dated: August 6, 2013

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: _____
Christopher J. Cox

Attorneys for Defendant
SIRIUS XM RADIO INC.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
FLO & EDDIE, INC., Individually and on behalf of all others similarly situated

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
SIRIUS XM RADIO INC.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
GRADSTEIN & MARZANO, P.C., Henry Gradstein, Maryann R. Marzano, and Robert E. Allen, 6310 San Vicente Blvd., Suite 510, Los Angeles, California 90048, Tel: 323-776-3100

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
WEIL, GOTSHAL & MANGES LLP, Christopher J. Cox, 201 Redwood Shores Parkway, Redwood Shores, CA 94065, Tel: 650-802-3000; and R. Bruce Rich, Bruce S. Meyer, Benjamin E. Marks, and Todd Larson, 767 Fifth Avenue, New York, NY 10153, Tel: 212-310-8000

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☐ 1. Original Proceeding
- ☒ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☒ Yes ☐ No
☒ **MONEY DEMANDED IN COMPLAINT:** $ over $100 million

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Defendant removed this action pursuant to 28 U.S.C. §§ 1441 and 1446 because the District Court has original jurisdiction under 28 U.S.C. § 1332(d)(2)(A).

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | Habeas Corpus: | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | TORTS | TORTS | ☐ 530 General | SOCIAL SECURITY |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | PERSONAL INJURY | PERSONAL PROPERTY | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | Other: | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | BANKRUPTCY | ☐ 560 Civil Detainee Conditions of Confinement | FEDERAL TAX SUITS |
| ☒ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | FORFEITURE/PENALTY | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | LABOR | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | REAL PROPERTY | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY: Case Number: **CV13-5693**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Flo & Eddie, Inc. -- Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Sirius XM Radio Inc., principal place of business in New York; incorporated in Delaware |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Plaintiff has alleged claims that are state-wide. | |

*****Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____ DATE: 8-6-13

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |