WEIL, GOTSHAL & MANGES LLP
R. BRUCE RICH (admitted *pro hac vice*)
bruce.rich@weil.com
BRUCE S. MEYER (admitted *pro hac vice*)
bruce.meyer@weil.com
BENJAMIN E. MARKS (admitted *pro hac vice*)
benjamin.marks@weil.com
TODD LARSON (admitted *pro hac vice*)
todd.larson@weil.com
767 Fifth Avenue
New York, New York 10153
Telephone: 212.310.8000
Facsimile: 212.310.8007

KRAMER LEVIN NAFTALIS & FRANKEL LLP
MICHAEL S. OBERMAN, Cal. Bar. No. 101857
MOberman@KRAMERLEVIN.com
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212.715.9294
Facsimile: 212.715.8294

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
FRED R. PUGLISI, Cal. Bar No. 121822
fpuglisi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701

Attorneys for Defendant
SIRIUS XM RADIO INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLO & EDDIE, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIRIUS XM RADIO INC., and DOES 1 through 100,<br><br>Defendant. | Case No. 13-CV-5693 PSG (RZx)<br><br>**DEFENDANT SIRIUS XM RADIO INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO TRANSFER**<br><br>**Date:** Dec. 2, 2013<br>**Time:** 1:30 p.m.<br>**Ctrm:** 880<br><br>[Motion to Dismiss and Declarations filed, and [Proposed] Order lodged, concurrently herewith] |

TO THE ABOVE-CAPTIONED COURT AND TO PLAINTIFF FLO & EDDIE, INC. AND ITS COUNSEL OF RECORD:

Defendant Sirius XM Radio Inc. ("**Sirius XM**") respectfully requests that the Court take judicial notice of the following documents pursuant to Federal Rule of Evidence 201(d):

1. The Complaint filed on August 16, 2013 in *Flo & Eddie, Inc. v. Sirius XM Radio, Inc.; John Does 1-10*, No. 1:13-cv-5784 (CM) (S.D.N.Y.), currently pending in the District Court for the Southern District of New York (Exhibit 1 to the Puglisi Declaration).

2. The Complaint filed on September 3, 2013 in *Flo & Eddie, Inc. v. Sirius XM Radio, Inc., et al.*, No. 1:13-cv-23182 (KMM) (S.D. Fla.), currently pending in the District Court for the Southern District of Florida (Exhibit 2 to the Puglisi Declaration).

3. The Statement in Support of Complex Action Determination and Assignment to Complex Panel, filed on September 11, 2013 in support of the complaint in *Capitol Records, LLC, et al. v. Sirius XM Radio Inc., et al.,* No. BC520981 (Superior Court of California, County of Los Angeles), currently pending in the Superior Court of California, County of Los Angeles (Exhibit 3 to the Puglisi Declaration).

4. A printout of Mark Volman's biography on Belmont University's publicly available website, http://www.belmont.edu/cemb/faculty_and_staff/volman_mark.html, accessed on October 8, 2013 (Exhibit 4 to the Puglisi Declaration).

5. A printout of the contact page of Mark Volman's publicly available personal website, http://www.professorflo.com/contact, accessed on October 8, 2013 (Exhibit 5 to the Puglisi Declaration).

6. A printout of Mark Volman's publicly available personal Twitter website, https://twitter.com/markvolman, accessed on October 8, 2013 (Exhibit 6 to

the Puglisi Declaration).

7. A printout of a May 8, 2013 article entitled "Shell Shocked" from *Record Collector News*, a publicly available online publication, http://recordcollectornews.com/2013/05/shell-shocked/, accessed on October 8, 2013 (Exhibit 7 to the Puglisi Declaration).

8. A printout of the May 9, 2013 article entitled "From Happy Together to hurling on Hendrix; A Seattle rock legend tells all" from *MyNorthwest.com*, a publicly available online publication, http://mynorthwest.com/871/2271125/From-Happy-Together-to-hurling-on-Hendrix-A-Seattle-rock-legend-tells-all, accessed on October 8, 2013 (Exhibit 8 to the Puglisi Declaration).

9. A printout of Howard Kaylan's publicly available personal Twitter website, https://twitter.com/howardkaylan, accessed on October 8, 2013 (Exhibit 9 to the Puglisi Declaration).

10. A printout of Howard Kaylan's tour schedule and dates from Howard Kaylan's publicly available personal website, http://howardkaylan.com/documents/59.html, accessed on October 8, 2013 (Exhibit 10 to the Puglisi Declaration).

Pursuant to Federal Rule of Evidence 201(d), a District Court must take judicial notice of adjudicative facts if requested by a party and supplied with the necessary information. "A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

With respect to Item Nos. 1-3 listed above, the Court may take judicial notice of court records, including docket sheets and filed documents. *See MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (taking judicial notice of court records); *Mangiafico v. Blumenthal*, 471 F.3d 391, 398 (2d Cir. 2006) ("[D]ocket sheets are public records of which the [district] court could take judicial notice.").

With respect to Item Nos. 4-10 listed above, the Court may take judicial notice of these documents as they are publicly available websites and the Court has been presented with a true and correct copy of them.  *Caldwell v. Caldwell*, No. C-05-4166, 206 WL 618511, at *4 (N.D. Cal. Mar. 13, 2006) ("as a general matter, websites and their contents may be proper subjects for judicial notice," provided that the party provides the court with a copy of the relevant web page); *see also Wible v. Aetna Life Ins. Co.*, 375 F. Supp. 2d 956, 965-966 (C.D. Cal. 2005) (noticing webpages); *Hendrickson v. eBay, Inc.*, 165 F. Supp. 2d 1082, 1084, n. 2 (C.D. Cal. 2001) (noticing content found on the website of a party to the action).

Dated:  October 9, 2013

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                By          */s Fred R. Puglisi*
                         FRED R. PUGLISI

                WEIL, GOTSHAL & MANGES LLP

                  R. BRUCE RICH (admitted *pro hac vice*)
                  BRUCE S. MEYER (admitted *pro hac vice*)
                  BENJAMIN E. MARKS (admitted *pro hac vice*)
                  TODD LARSON (admitted *pro hac vice*)

                KRAMER LEVIN NAFTALIS & FRANKEL LLP

                  MICHAEL S. OBERMAN

                        Attorneys for Defendant
                        SIRIUS XM RADIO INC.

SMRH:410408845.3                                       REQUEST FOR JUDICIAL NOTICE