GRADSTEIN & MARZANO, P.C.
HENRY GRADSTEIN (State Bar No. 89747)
hgradstein@gradstein.com
MARYANN R. MARZANO (State Bar No. 96867)
mmarzano@gradstein.com
HARVEY W. GELLER (State Bar No. 123107)
hgeller@gradstein.com
6310 San Vicente Blvd., Suite 510
Los Angeles, California 90048
T: 323-776-3100  F: 323-931-4990

EVAN S. COHEN (State Bar No. 119601)
esc@manifesto.com
1180 South Beverly Drive, Suite 510
Los Angeles, California 90035
T: 310-556-9800  F: 310-556-9801

Attorneys for Plaintiff
FLO & EDDIE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLO & EDDIE, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIRIUS XM RADIO, INC., a Delaware corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. CV13-05693 PSG (RZx)<br><br>**NOTICE OF ERRATA RE NOTICE OF MOTION AND MOTION OF PLAINTIFF FLO & EDDIE, INC. FOR SUMMARY JUDGMENT**<br><br>**Date:** July 28, 2014<br>**Time:** 1:30 p.m.<br>**Place:** Courtroom 880<br>    Honorable Philip S. Gutierrez |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Notice of Motion And Motion Of Plaintiff Flo & Eddie, Inc. For Summary Judgment (the "Motion") filed with the Court on June 9, 2014, as Dkt. No. 65 scanned with duplicate pages. A correct copy of the Motion is attached hereto without the duplicate pages.

Dated: June 9, 2014

GRADSTEIN & MARZANO, P.C.

By: _____
Harvey W. Geller

Attorneys for Plaintiff
FLO & EDDIE, INC.

1