WEIL, GOTSHAL & MANGES LLP
R. BRUCE RICH (admitted *pro hac vice*)
bruce.rich@weil.com
BENJAMIN E. MARKS (admitted *pro hac vice*)
benjamin.marks@weil.com
TODD LARSON (admitted *pro hac vice*)
todd.larson@weil.com
767 Fifth Avenue
New York, New York 10153
Telephone:  212.310.8000
Facsimile:   212.310.8007

KRAMER LEVIN NAFTALIS & FRANKEL LLP
MICHAEL S. OBERMAN, Cal. Bar. No. 101857
MOberman@KRAMERLEVIN.com
1177 Avenue of the Americas
New York, New York 10036
Telephone:  212.715.9294
Facsimile:   212.715.8294

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
FRED R. PUGLISI, Cal. Bar No. 121822
fpuglisi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:   310.228.3701

Attorneys for Defendant
SIRIUS XM RADIO INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLO & EDDIE, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIRIUS XM RADIO INC., and DOES 1 through 100,<br><br>Defendants. | Case No. 13-CV-5693 PSG (RZx)<br><br>**DECLARATION OF TERRENCE R. SMITH IN SUPPORT OF SIRIUS XM'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Date:  July 28, 2014**<br>**Time:  1:30 p.m.**<br>**Ctrm: 880**<br>**Honorable Philip S. Gutierrez**<br><br>**[Filed Concurrently with Defendants' Opposition to Plaintiff's Motion for Summary Judgment]** |

1    I, Terrence R. Smith, declare under penalty of perjury as follows:

2    **I.    Introduction**

3    1.    I am the Corporate Vice President and Chief Engineering Officer, with
4    responsibility for Broadcast Operations and Engineering, for Sirius XM Radio Inc.
5    ("Sirius XM").  I have worked at the company since 2002. I have personal
6    knowledge of the facts and circumstances stated herein.

7    2.    I have been deposed twice by Plaintiffs (once in the Florida action,
8    once in this California action) as Sirius XM's 30(b)(6) witness relating to technical
9    operations and use of Plaintiff's sound recordings created prior to February 15,
10   1972 ("Pre-1972 Recordings").

11   3.    This declaration is intended to describe some of the basic
12   technological infrastructure associated with our satellite broadcast and Internet
13   streaming services, as well as performances of Plaintiff's recordings, and copies
14   made in aid of such performances, as reflected in business records maintained by
15   Sirius XM.  In the process of doing so, I highlight the following specific points:

16   - Only 15 of the 100 Turtles sound recordings listed on Schedule A to
17     Plaintiff's Complaint have been performed by Sirius XM.

18
19   - Sirius XM does not offer downloads of songs or the ability to choose
20     particular songs for on-demand listening.  All copies made – including
21     server copies and temporary buffer copies – are internal and incidental
22     to the process of broadcasting and/or streaming performances of the
23     tracks over the Internet.  These copies cannot be accessed in any way
24     by the public.

25   - Sirius XM's main servers reside in New York and Washington.  The
26     library of recordings on those servers were made from purchased CDs
27     or promotional copies of sound recordings provided to Sirius XM by
28     recording artists, record labels, or their representatives.

DECLARATION OF TERRENCE R. SMITH IN SUPPORT OF SIRIUS XM'S OPPOSITION TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT

- Sirius XM has not made server copies of Plaintiff's recordings in California: copies of Plaintiff's recording residing on remote servers in the state were made in New York or Washington, DC, and shipped to California.  The sole exception is the "tip" and "tail" (the first and last few seconds) of a single Turtles track, which was transmitted via Internet from Sirius XM's New York location and saved on a computer server in Los Angeles.[1]

- The only other copies of Plaintiff's recordings made by Sirius XM in California are temporary fragments used as part of the production process:  tips and tails cached momentarily in the computer memory of a production workstation for the host to reference while recording his/her voice breaks in advance of a program airing.

- The Sirius XM satellite radio service is a nationwide service with the same channels and programming available to subscribers in every state.  We are prevented, both by our FCC licenses and the technical limitations of our systems, from adjusting the programming for subscribers in one state without adjusting for subscribers in every other state.

## II.    Relevant Company Background

4.    Sirius XM is a satellite radio company that broadcasts music and non-music content 24 hours a day, seven days a week, on more than 135 channels to subscribers throughout the continental United States.  The programming offered to Sirius XM's more than 25 million subscribers constitutes a mix of diverse genres of music and often exclusive offerings of talk, sports, news, and entertainment programming, including Howard Stern, the NFL, and Major League Baseball, to

---

[1] This declaration focuses on activity in California, although I describe at a general level our basic server setup elsewhere (*e.g.*, in New York and Washington, DC).

DECLARATION OF TERRENCE R. SMITH IN SUPPORT OF SIRIUS XM'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

name just a few.  The overwhelming majority of Sirius XM subscribers receive the Sirius or XM service through a radio in a newly purchased or leased vehicle containing a proprietary computer chip designed by Sirius XM engineers to be capable of receiving and decoding digital transmissions from our satellite system.

5.     Sirius XM has agreements with every major automaker to offer satellite radios as factory- or dealer-installed equipment in their vehicles.

6.     In addition to our flagship satellite radio service, Sirius XM also offers an Internet radio service, which "simulcasts" substantially all of our satellite radio channels, as well as a handful of Internet-only channels, to users on personal computers and (more recently) iPhones and other mobile devices.  Most of our roughly 5 million Internet subscribers obtain that service as part of a package with their satellite radio subscription, although we do have some standalone Internet subscribers.  We also offer what is known as a Business Establishment Service providing music to retail stores, bars and restaurants, and the like, as well as a service providing music channels accessible to subscribers of the Dish satellite television service.  The channels offered on the latter two services represent a subset of the channels on our primary consumer satellite radio service.

7.     Sirius XM was formed as a result of a 2008 merger between a subsidiary of Sirius Satellite Radio Inc. ("Sirius") and XM Satellite Radio Holdings Inc. ("XM").  Both companies were first established more than twenty years ago.  Pre-merger, Sirius was based in New York and operated the Sirius satellite radio service; XM was based in Washington, D.C. and operated the XM satellite radio service.  The combined company – Sirius XM – is a Delaware corporation that is headquartered in New York.

8.     Sirius and XM each independently and concurrently developed the infrastructure necessary to create two satellite radio services offering uninterrupted programming nationwide to moving vehicles, including the design and manufacture

DECLARATION OF TERRENCE R. SMITH IN SUPPORT OF SIRIUS XM'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

of two separate and independent satellite networks, the development of terrestrial repeater networks, and the invention of chipsets and radios capable of receiving satellite content from each respective network.   The total expenditures to do so were several billion dollars.  XM commenced its satellite digital audio radio service in September 2001.  Sirius commenced its satellite digital audio radio service in February 2002.

9.     Sirius XM continues to maintain two separate satellite radio networks (the legacy Sirius and legacy XM systems) because our millions of subscribers, at the time of the merger, had satellite radios capable of receiving only one or the other service, and the company could not cut off service on one or the other of the legacy networks without shutting off access to existing subscribers.  Thus, although Sirius XM is now one combined company, subscribers are still technically either a "Sirius" or "XM" subscriber depending on which platform's radio is installed in their particular automobile.  We divide the production of our programming between our New York and Washington locations, and thus continue to maintain separate production and satellite uplink facilities in each city – although the same mix of channels is generally available to all subscribers regardless of which platform they are on and regardless of where the program was produced.

10.     Sirius XM also produces a small number of channels and/or programs in "remote" locations other than New York or Washington, including California.  I discuss these in more detail below.

11.     Our service is national in scope and not tailored by geography.  Our

135-plus channels are available to subscribers nationwide, regardless of which city or state they live in.  If we make a change to a channel, that change affects what our subscribers hear on that channel in every single state.  If we were not able to play a certain group of songs in a given state, our system would not allow us to change our programming solely for that state, nor would it allow us to prevent radios solely in that state from hearing the given songs.[2]  Our FCC licenses likewise currently prevent us from offering state-specific programming.  *See Applications for Consent to the Transfer of Control of Licenses, XM Satellite Radio Holdings, Inc., Transferor, to Sirius Satellite Radio Inc., Transferee,* 23 FCC Rcd 12348, para. 155 (2008) ("SDARS licensees are already prohibited . . . from using terrestrial repeaters to distribute localized content that is distinct from that provided to subscribers nationwide via satellite").  We would need to remove the songs from the service altogether, with the effect that subscribers in every other state would be prevented from hearing the songs as well.

### III.   Sirius XM Performances of Plaintiff's Tracks

12.    Sirius and XM each began performing certain of The Turtles' sound recordings more than a decade ago.  Since July 1, 2009 (the operative date

---

[2] Our satellite radio system is "one way," *i.e.*, the radios receive our broadcasts, but we do not receive a signal back from the radios telling us what channel that radio is tuned to, or where the radio is located.   It thus is not possible to identify those radios currently in California, for example, or to know whether subscribers registered in California are actually in California at any given time (as opposed to, say, Nevada, Oregon, Arizona, or somewhere else).  With respect to our Internet radio service, there is at least the theoretical possibility of "geo-blocking" content using a subscriber's IP (Internet Protocol) address.  But Sirius XM currently has only a very limited ability to do so (for example, we do not allow users outside the U.S. to receive NFL game broadcasts), and developing and implementing state-specific geo-blocking on a song-by-song basis would cost millions of dollars to develop and be incredibly complex. Even if we did so, it would affect only a small portion of our subscribers, as only about 5 million of our 25 million subscribers have access to the Internet radio service.

identified in Plaintiff's First Amended Complaint), Sirius XM has broadcast on its satellite radio service, and transmitted over its Internet radio service, 15 of the 100 sound recordings listed on Schedule A to the Amended Complaint:

1. Ain't Gonna Party No More
2. Elenore
3. Happy Together
4. House on the Hill
5. It Ain't Me Babe
6. Let Me Be
7. Let the Cold Winds Blow
8. She'd Rather Be With Me
9. She's My Girl
10. The Last Thing I Remember
11. The Story of Rock and Roll
12. You Baby
13. You Don't Have to Walk in the Rain
14. You Know What I Mean
15. You Showed Me

13.    The vast majority of these plays have been on our "60s on 6" channel, with a handful coming on The Loft, Deep Tracks, and Caricia channels.  I determined this by reviewing business records from MusicMaster, Sirius XM's music programming software, which maintains current and historic playlists for all our channels and contains many years of data related to how often songs have been played on our services, as well as metadata associated with those songs (album title, record label, number of plays, etc.).  Sirius XM does not know (and therefore does not have data regarding) which channels our satellite radio listeners actually tune in, so we do not know how many listeners actually heard the satellite radio broadcasts of the songs identified above, or where such listeners are located.   Since October

DECLARATION OF TERRENCE R. SMITH IN SUPPORT OF SIRIUS XM'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

2011, Sirius XM has maintained specific counts of how many times each song we play is streamed to a listener through our Internet radio service, although again, we do not know where those listeners are located (*e.g.*, whether any are in California, or how many).

## IV.   Sirius XM Does Not Provide Unauthorized Downloads of Sound Recordings to Its Subscribers

14.   Sirius XM does not distribute copies of sound recordings to its subscribers in the way that iTunes or other digital download sellers do, where purchasers retain a permanent copy of a song on their computers or mobile devices. Nor does Sirius XM allow users to download and save tracks temporarily, as do interactive subscription service like Rhapsody and Spotify – *i.e.*, where users can listen to specific tracks of their choosing on demand as long as they remain subscribers.

15.   Sirius XM does offer subscribers the ability to "cache" (store temporarily in computer memory) certain designated programs in their entirety – typically for thirty days or until their subscription lapses, whichever is less – on their mobile devices.  This allows the users to "time shift" the program – *i.e.*, to listen to it at a later time that is more convenient.  That functionality is limited, however, to selected non-music programming (news, sports, and/or talk programming like the "Sirius XM Fantasy Baseball" show, for example); we would offer it for music programs where permission has been obtained from the copyright owners, but in practice we have done so only on an extremely limited basis (for example, an interview with Bruce Springsteen related to his latest album, "High Hopes").  I have reviewed the list of such programs and none included any of Plaintiff's Pre-1972 Recordings.

16.   In addition, certain mobile devices that were marketed by Sirius XM in the past did allow users to save individual tracks on the devices for later listening (as they might do with a VCR or DVR).  Sirius XM did not know whether or how

8

subscribers were actually using that capability, and therefore has no records showing which tracks were saved by users.  My understanding is that such activity is covered in any event by the terms of a class action settlement related to a prior industry wide lawsuit, pursuant to which Sirius XM agreed to stop marketing such devices, which are no longer produced.   *See* Final Order and Judgment, *In re XM Satellite Radio Copyright Litigation*, No. 06 CV 3733 (LAK) (S.D.N.Y. Mar. 22, 2011), Dkt. No. 123; Final Order and Judgment, *Nota Music Publishing, Inc. v. Sirius Satellite Radio Inc*., No. 07 CV 6307 (AKH) (S.D.N.Y. Jan. 9, 2012), Dkt. No. 57.

**V.    Sirius XM Makes Internal, Incidental Copies of Plaintiff's Recordings Solely in Aid of Its Public Performance of Those Recordings**

17.    In order to deliver public performances of sound recordings, Sirius XM makes a small number of internal, incidental copies: (1) server copies (and backups of such in case of emergency) and (2) various temporary (and mostly fragmentary) copies – retained briefly in what are commonly referred to as buffers or caches – that assist in the transmission process and then are discarded.   Only the server copies are permanent, and none of the copies are accessible to users in any way.  They exist solely as an exigency of modern broadcasting and webcasting technology.   In short, it is no longer possible (especially with 70 stations operating 24/7) simply to queue up a record or CD and broadcast it "live" without making such incidental copies, although the end result – a radio-like transmission to the public – is basically identical to what has been offered by radio stations for decades.

**A.    Server Copies (New York and Washington, DC)**

18.    Sirius XM maintains a library of digital sound recording files (commonly called "server copies" or "ephemeral" copies) in order to effectuate its public performance of those recordings.  For those channels programmed in New York, the library is known as the "Prophet" database.  Sirius XM retains a backup copy of the Prophet database on site in New York so that service is not interrupted

9

1   if there is a problem with the active database, and we also keep disaster recovery

2   copies in Vernon, NJ, for the same purpose.

3       19.   Sirius XM also maintains a server copy library in Washington, DC,

4   called the "Dalet" database.  The first version was known as Dalet 5.1; the

5   upgraded version is called Dalet Plus.  For those channels that have been migrated

6   over to the upgraded system (which we have been doing channel-by-channel since

7   2009) Dalet Plus contains the same tracks as Dalet 5.1, plus any new tracks added

8   after the migration.  As with the Prophet library, we maintain a backup copy of

9   Dalet in our Washington, DC facility and disaster recovery copies in Ellenwood,

10  GA.  Both Prophet and Dalet are standard database tools marketed to, and used in,

11  the broadcast radio industry.

12      20.   These server copies are not accessible to the public in any way.  They

13  are made solely to assist in our broadcasts and Internet transmissions to the public,

14  and both the digital files and the servers on which they are saved are similar to what

15  radio stations have done since at least the 1990s.  (It has been many years since

16  most radio stations actually broadcast songs directly from records or CDs, as

17  opposed to from digital server copies.)

18      21.   The original sound recording files in the Prophet database were added

19  just prior to Sirius' 2002 launch, and created from CDs purchased through an

20  account with the Virgin Megastore.  Prior to its launch in 2001, XM's Dalet

21  database was populated with copies of tracks from CDs purchased through an entity

22  called Valley Music.

23      22.   Over the years, each database was supplemented with promotional

24  CDs or digital downloads provided directly to Sirius and XM (and then the merged

25  company) by record companies, recording artists, or their representatives for

26  purposes of obtaining airplay on Sirius XM.  Such promotional distribution has

27  become the source for the overwhelming majority of Sirius XM's new content,

28

1  although we may still purchase copies of recordings that our programmers wish to

2  include on a channel if it has not already been provided by the record company.

3      23.    Sirius XM's Internet radio service (which consists primarily of

4  "simulcasts" of the satellite radio channels, along with a few Internet-only

5  channels) is transmitted from Sirius XM to the Internet via Akamai, a "content

6  delivery network" ("CDN") which performs that service for many other webcasters.

7  Sirius XM does not provide a copy of any of its databases to Akamai.

8      24.    For the delivery of Internet radio streams to subscribers on mobile

9  devices (as opposed to home or office computers), Sirius XM utilizes the services

10  of QuickPlay in an intermediary role similar to package the content for delivery

11  through Akamai or other CDNs to the mobile devices.  Sirius XM does not provide

12  a copy of any of its databases to QuickPlay.

13      **B.**    **Remote Databases**

14      25.    A small number of our channels and/or programs are produced in

15  "remote" locations other than New York or Washington where certain DJs and/or

16  producers reside, including California.  Channels produced in California that play

17  Turtles recordings included on Schedule A to Plaintiff's Complaint include our

18  "60s on 6," "Deep Tracks," and "Siriusly Sinatra" channels.

19      26.    To assist the on-site producers in programming the "60s on 6" and

20  "Deep Tracks" channels, we copied the sound recording libraries for those channels

21  on to separate hard-drives in Washington and delivered those hard-drives to

22  California.  Thus, server copies of the Turtles songs played on these channels were

23  not made in California.

24      27.    We also maintain a database for the "Siriusly Sinatra" channel in Los

25  Angeles.  That database contains only the "tips" and "tails" – i.e., the first few

26  seconds and last few seconds – of sound recordings used on the channel.  Tips and

27  tails allow producers and on-air talent to pre-record "interstitials" in advance of a

28  program being broadcast, typically voiceover announcements by the DJ between

11

DECLARATION OF TERRENCE R. SMITH IN SUPPORT OF SIRIUS XM'S OPPOSITION TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT

1    songs as to what song just played, what song is starting, and the like.  To assure that
2    an interstitial is timed properly during the cross-fade from song A to song B, the
3    producer will listen to the last few seconds of song A (a "tail") and the first few
4    seconds of song B (a "tip") while recording the interstitial to make sure she has
5    timed her voiceover properly; that interstitial (comprising solely the voice track) is
6    recorded in the Sirius XM library and later inserted at the proper point when the
7    Sirius XM assembles and broadcasts the particular playlist of songs comprising the
8    program.
9         28.    The Sinatra database contains the tip/tail for just one Turtles recording,
10   "It Was a Very Good Year."  That recording was transmitted electronically from
11   New York to LA and added to the database in May 2012.
12        **C.    MySXM**
13        29.    As part of its Internet radio service, Sirius XM also offers a feature
14   called MySXM.  That service allows users to fine-tune a particular Sirius XM
15   channel by ranking certain characteristics higher or lower.  On the "80s on 8"
16   channel, for example, a user can slide  between "more variety" and "top hits";
17   "R&B/Dance" and "Rock"; and "Early ('80-'84)" versus "Late ('85-'89)."  After'
18   ranking their preferences, subscribers receive a more customized version of the
19   channel reflecting those preferences (although never the choice of particular songs)
20   similar to Pandora or Clear Channel's iHeartRadio.
21
22
23
24
25
26
27
28

30.     Sirius XM has engaged Omnifone, a company based in the United Kingdom, to help develop and deliver MySXM to PC applications and mobile devices.  To do so, Omnifone required a copy of the subset of the Sirius XM library of recordings used in the service, which we delivered to Omnifone in the UK on a computer hard drive; subsequent updates have been delivered from our Washington facilities using a private Internet connection.  I have reviewed the records related to this database of server copies, and Omnifone was provided with 15 of The Turtles' recordings listed on Schedule A to Plaintiff's First Amended Complaint.[3] Omnifone does not use the server copies for any other purpose.  None of this copying occurred in California.

**D.     Other Temporary and Incidental Copies Made in Aid of Sirius XM Performances of Sound Recordings**

31.     Sirius XM uses standard radio industry workstations that allow producers and on-air talent to pre-record voiceovers and other interstitials in advance of a program being broadcast, as described above in paragraph 27.  In order to record these interstitials with the proper timing, the workstations will temporarily retrieve from the channel database the tip and tail of the songs comprising the particular transition, which the host will listen to for reference while recording the interstitial.  The tips and tails themselves are not re-recorded as part of the interstitial, and are not retained at the workstation after the interstitial is recorded.   This process is used in Los Angeles in connection with the production of the 60s on 6, Deep Tracks, and Siriusly Sinatra programs.

32.     A couple hours in advance of broadcasting a playlist of recordings for a particular channel (a three-hour programming block, for example), Sirius XM's computer systems will retrieve the songs comprising the playlist from the song

---

[3] These comprise 14 of the 15 songs listed in paragraph 12 above (not including "Let the Cold Winds Blow"), as well as "Guide for the Married Man."

DECLARATION OF TERRENCE R. SMITH IN SUPPORT OF SIRIUS XM'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

1    library (following instructions pre-programmed by Sirius XM producers using

2    standard radio industry software) and assemble the program, in order, on a "play-

3    out server" located in New York or Washington (depending on the program). This

4    process ensures that the songs will be ready for broadcast at the time they are

5    needed, without network congestion delaying delivery of the song from the library

6    at the time of broadcast. The program is cached on the play-out server only until

7    the broadcast occurs, and at no time is accessible to the public.

8         33.    When the time comes to broadcast the program, the broadcast signal

9    (whether from our New York or Washington production facility) is transmitted

10   from the respective play-out server to an "earth station," where it is uplinked to the

11   satellites. The satellites actually transmit two streams of the programming, one

12   with a four-second delay; we do this so that if a user's radio loses contact with one

13   transmission (for example, if it is blocked by an overpass or mountain), it can

14   substitute the second transmission without interrupting the user's listening

15   experience. To effectuate this process, the computers at the earth station buffer one

16   of the transmissions for four seconds before uplinking it to the satellites. At no

17   time does the buffer contain a complete copy of a sound recording – just rolling

18   four-second fragments that are continuously overwritten during the course of the

19   transmission on a "first-in, first-out" basis. There is no buffer on the satellite itself.

20        34.    Sirius XM's Internet radio service offers a service called "Start Now,"

21   which allows a user to start a program currently being broadcast at the beginning of

22   the program. For example, if a user logs on to SiriusXM.com at 8:30 a.m., he can

23   use the "Start Now" function to listen to Howard Stern's show from the beginning,

24   even though that program started at 6:00 a.m.   In order to make this functionality

25   work, we maintain a rolling, continuously updating five-hour cache of the

26   transmission, which is overwritten on a first-in, first-out basis. (We do this

27   ourselves for listeners accessing the Internet radio service on a PC; QuickPlay

28   maintains the cache on our behalf for listeners accessing the service on mobile

DECLARATION OF TERRENCE R. SMITH IN SUPPORT OF SIRIUS XM'S OPPOSITION TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT

1   devices.)   This means that a listener can go back no more than five hours to "start

2   now," and at no time can a listener choose a particular recording on demand; the

3   transmission itself is the same non-interactive stream the person would hear "live."

4   **E.   Radio Buffering**

5       35.   As noted above, Sirius XM does not allow subscribers to download

6   songs to their computers or mobile devices.   When subscribers use the Sirius XM

7   "app" to listen on a mobile device, the device may buffer a second or two of the

8   transmission to ensure a smooth, uninterrupted signal delivery.  (This is similar to

9   what standard FM car radios have done for years.)

10       36.   In addition, a small number of Sirius XM satellite radios buffer up to

11   30 minutes of the programming on the channel to which the user is tuned.  We do

12   this to support our limited "replay" feature, which allows the subscriber (at his or

13   her option, not ours) to move back in the program (if, for example, the user got a

14   phone call and missed a few minutes of the show).  As with the buffers described

15   above, this is a temporary, rolling buffer which is overwritten on a first-in, first-out

16   basis.  If the user changes channels or turns off the radio, the buffer is erased.

17   Because the satellite technology is "one way," we do not know which channels

18   users listen to, and thus do not know which particular songs are buffered using this

19   feature.

20                           \* \* \*

21       I declare under penalty of perjury under the laws of the United States

22   of America that the foregoing is true and correct to the best of my knowledge and

23   belief.

25       Executed on July 7, 2014, at Lawrenceville, New Jersey.

27                       Terrence R. Smith

DECLARATION OF TERRENCE R. SMITH IN SUPPORT OF SIRIUS XM'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT