WEIL, GOTSHAL & MANGES LLP
R. BRUCE RICH (admitted *pro hac vice*)
bruce.rich@weil.com
BENJAMIN E. MARKS (admitted *pro hac vice*)
benjamin.marks@weil.com
TODD LARSON (admitted *pro hac vice*)
todd.larson@weil.com
767 Fifth Avenue
New York, New York 10153
Telephone: 212.310.8000
Facsimile: 212.310.8007

KRAMER LEVIN NAFTALIS & FRANKEL LLP
MICHAEL S. OBERMAN, Cal. Bar. No. 101857
MOberman@KRAMERLEVIN.com
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212.715.9294
Facsimile: 212.715.8294

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
FRED R. PUGLISI, Cal. Bar No. 121822
fpuglisi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701

Attorneys for Defendant
SIRIUS XM RADIO INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLO & EDDIE, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIRIUS XM RADIO INC., and DOES 1 through 100,<br><br>Defendants. | Case No. 13-CV-5693 PSG (RZx)<br><br>**DECLARATION OF FRED R. PUGLISI IN SUPPORT OF SIRIUS XM'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: July 28, 2014<br>Time: 1:30 p.m.<br>Ctrm: 880<br>Honorable Philip S. Gutierrez<br><br>[Filed Concurrently with Defendants' Opposition to Plaintiff's Motion for Summary Judgment] |

# DECLARATION

I, Fred R. Puglisi, declare under penalty of perjury as follows:

1. I am an attorney admitted to practice before the Courts of the State of California and the Central District of California. I am an attorney at Sheppard, Mullin, Richter & Hampton LLP, counsel for Defendant Sirius XM Radio Inc. ("Sirius XM").

2. I am familiar with the facts, circumstances, and proceedings in this case and submit this Declaration in support of Sirius XM's Opposition to Plaintiff Flo & Eddie, Inc.'s ("Plaintiff") Motion for Summary Judgment.

3. A true and correct copy of relevant excerpts from the deposition transcript of Jason Pascal, dated May 6, 2014, in the matter *Flo & Eddie, Inc. v. Sirius XM Radio, Inc.*, No. 13-cv-5784-CM (S.D.N.Y.), is attached hereto as Exhibit 1.

4. A true and correct copy of relevant excerpts from the deposition transcript of Evan S. Cohen, Esq., dated March 25, 2014, in the matter *Flo & Eddie, Inc. v. Sirius XM Radio, Inc.*, No. 13-cv-5784-CM (S.D.N.Y.), is attached hereto as Exhibit 2.

5. A true and correct copy of relevant excerpts from the deposition transcript of Howard Kaylan, dated March 26, 2014, in the matter *Flo & Eddie, Inc. v. Sirius XM Radio, Inc.*, No. 13-cv-5784-CM (S.D.N.Y.), is attached hereto as Exhibit 3.

6. A true and correct copy of relevant excerpts from the deposition transcript of Mark Volman, dated April 4, 2014, in the matter *Flo & Eddie, Inc. v. Sirius XM Radio, Inc.*, No. 13-cv-5784-CM (S.D.N.Y.), is attached hereto as Exhibit 4.

7. A true and correct copy of the website page for Sirius XM's A La Carte Packages, http://siriusxm.com/packages/alacartechoices (last visited July 3, 2014), is attached hereto as Exhibit 5.

8.  A true and correct copy of relevant excerpts from the deposition transcript of Terrence Smith, dated February 11, 2014, is attached hereto as Exhibit 6.

9.  A true and correct copy of Plaintiff's Response to Defendant Sirius XM Radio Inc.'s Requests for Admission in the matter *Flo & Eddie, Inc. v. Sirius XM Radio Inc.*, No. 13-cv-23182-KMM (S.D. Fla.), is attached hereto as Exhibit 7.

10. A true and correct copy of U.S. Copyright Office, *Federal Copyright Protection for Pre-1972 Sound Recordings* (2011) is attached hereto as Exhibit 8.

11. A true and correct copy of *Music Licensing Study: Notice and Request for Public Comment*, 79 Fed. Reg. 14,739 (March 17, 2014) (incorrectly printed in the Federal Register as Vol. 78) is attached hereto as Exhibit 9.

12. A true and correct copy of ASCAP's Response to Subpoena of Sirius XM Radio Inc. in the matter *Flo & Eddie, Inc. v. Sirius XM Radio Inc.*, No. 13-cv-23182-KMM (S.D. Fla.) is attached hereto as Exhibit 10.

13. A true and correct copy of Plaintiff's Response to Defendant Sirius XM Radio Inc.'s First Set of Interrogatories in the matter *Flo & Eddie, Inc. v. Sirius XM Radio Inc.*, No. 13-cv-23182-KMM (S.D. Fla.), is attached hereto as Exhibit 11.

14. A true and correct copy of the stipulation and agreement of settlement in the matter *In re XM Satellite Radio Copyright Litigation*, No. 06 CV 3733 (LAK) (S.D.N.Y. Nov. 15, 2010), Dkt. No. 109-1, is attached hereto as Exhibit 12.

15. A true and correct copy of the stipulation and agreement of settlement in the matter *Nota Music Publishing, Inc. v. Sirius Satellite Radio Inc.*,

No. 07 CV 6307 (AKH) (S.D.N.Y. May 13, 2011), Dkt. No. 43-1, is attached hereto as Exhibit 13.

16. A true and correct copy of relevant excerpts from H.R. Rep. No. 105-796 (1998) (Conf. Rep.) is attached hereto as Exhibit 14.

17. A true and correct copy of the Final Order and Judgment in the matter *In re XM Satellite Radio Copyright Litigation*, No. 06 CV 3733 (LAK) (S.D.N.Y. Mar. 22, 2011), Dkt. No. 123, is attached hereto as Exhibit 15.

18. A true and correct copy of the Final Order and Judgment in the matter *Nota Music Publishing, Inc. v. Sirius Satellite Radio Inc.*, No. 07 CV 6307 (AKH) (S.D.N.Y. Jan. 9, 2012), Dkt. No. 57, is attached hereto as Exhibit 16.

19. A true and correct copy of S. Comm. on Judiciary, *AB 3483 (Katz) as introduced Civil Code/Bus. & Professions Code RT, Copyright Conformity to Federal Law*, Reg. Sess. (Cal Comm. Print 1981-82) (p. 2) is attached hereto as Exhibit 17.

20. A true and correct copy of Assemb. Comm. on Judiciary, *AB 3483 (Katz) as Introduced 3/12/82* (Cal. Comm. Print 1982) (pp. 1-2) is attached hereto as Exhibit 18.

21. A true and correct copy of Assemb. Judiciary Comm. - Minority, *Comments on AB 3483* (Cal. Comm. Print) is attached hereto as Exhibit 19.

22. A true and correct copy of S. Comm. on Judiciary, *Background Information AB 3483* (Cal. Comm. Print) (p. 1), attaching Letter from Executive Comm. of the Patent, Trademark and Copyright Section, to Members, Board of Governors (Oct. 27, 1981) (p. 106) is attached hereto as Exhibit 20.

23. A true and correct copy of *Copyright Law Revision: Hearings Before the Subcomm. on Courts, Civil Liberties, and the Administration of Justice*

1  *of the H. Comm. on the Judiciary on H.R. 2223* (Comm. Print 1975) (pp. i-viii,
2  127-163, 1393-1401) is attached hereto as Exhibit 21.

3      24.    A true and correct copy of the Sound Recording Act of 1971,
4  Pub. L. No. 92-140, 85 Stat. 391 is attached hereto as Exhibit 22.

5      25.    A true and correct copy of 117 Cong. Rec. 2002 (daily ed. Feb.
6  8, 1971) (statement of Sen. John McClellan) is attached hereto as Exhibit 23.

7      26.    A true and correct copy of H.R. Rep. No. 92-487 (1971) is
8  attached hereto as Exhibit 24.

9      27.    A true and correct copy of S. Rep. No. 92-72 (1971) is
10  attached hereto as Exhibit 25.

11      28.    A true and correct copy of 141 Cong. Rec. S945-02 (daily ed.
12  Jan. 13, 1995), 1995 WL 15600 (Westlaw) is attached hereto as Exhibit 26.

13      29.    A true and correct copy of the Act of Feb. 3, 1831, ch. 16, 4
14  Stat. 436. is attached hereto as Exhibit 27.

15      30.    A true and correct copy of H.R. Rep. No. 104-274 (1995) is
16  attached hereto as Exhibit 28.

17      31.    A true and correct copy of *Testimony of Jason S. Berman,*
18  *Chairman and CEO of RIAA Before the H. Judiciary Subcomm. on Courts &*
19  *Intellectual Property: Hearing on HR. 1506* (June 21, 1995), 1995 WL 371088
20  (Westlaw) is attached hereto as Exhibit 29.

21      32.    A true and correct copy of *Testimony of the NAB Before the H.*
22  *Judiciary Subcomm. on Courts & Intellectual Property: Hearing on HR. 1506*
23  (June 21, 1995), 1995 WL 371107 (Westlaw) is attached hereto as Exhibit 30.

24      33.    A true and correct copy of *Statement on S. 227 of ASCAP*
25  (Mar. 9, 1995), 1995 WL 552160 (Westlaw) is attached hereto as Exhibit 31.

26      34.    A true and correct copy of S. Rep. No. 104-128 (1995) (pp. 1,
27  14-17) is attached hereto as Exhibit 32.

28

35. A true and correct copy of *Supplementary Register's Report on the General Revision of the U.S. Copyright Law* (1965) (index, pp. 49-53), *available at* 9 Melville B. Nimmer & David Nimmer, *Nimmer on Copyright*, App. 15 (Lexis 2013) is attached hereto as Exhibit 33.

36. A true and correct copy of *Copyright Law Revision: Hearings Before Subcomm. No. 3 of the H. Comm. on the Judiciary on H.R. 4347, H.R. 5680, H.R. 6831, H.R. 6835*, 89th Cong. (Comm. Print 1965) (pp. i-viii, 1857-73) (statement of Abraham L. Kaminstein, Register of Copyrights) is attached hereto as Exhibit 34.

37. A true and correct copy of *Second Supplementary Register's Report on the General Revision of the US. Copyright Law* (1975) (index, pp. 210-39), *available at* 9 Melville B. Nimmer & David Nimmer, *Nimmer on Copyright*, App. 16 (Lexis 2013) is attached hereto as Exhibit 35.

38. A true and correct copy of *Performance Royalty: Hearings Before the Subcomm. on Patents, Trademarks, and Copyrights of the S. Comm. on the Judiciary on S.1111*, 94th Cong. (Comm. Print 1975) (pp. i-iii, 10-18) (statement of Barbara Ringer, Register of Copyrights) is attached hereto as Exhibit 36.

39. A true and correct copy of *Revision of Copyright Laws: Hearings Before the H. Comm. on Patents*, 74th Cong. (Comm. Print 1936) (pp. i-iv, 618-26) (statement of H.A. Huebner, representing Brunswick Record Corp. and Columbia Phonograph Co.) is attached hereto as Exhibit 37.

40. A true and correct copy of *Authorizing a Composer's Royalty in Revenues from Coin-operated Machines and to Establish a Right of Copyright in Artistic Interpretations: Hearings Before Subcomm. on Patents, Trade-marks, and Copyrights of the H. Comm. on the Judiciary on H.R. 1269, H.R. 1270, and H.R. 2570*, 80th Cong. (Comm. Print 1947) (pp. i-iv, 5-7) (statement of Fred

1 | Waring, President of the Nat'l Ass'n of Performing Artists) is attached hereto as
2 | Exhibit 38.

3 |              41.      A true and correct copy of Pls.' Mem. Of P. & A. in Supp. of
4 | Mot. for Partial Summ. J., *Capitol Records, LLC v. Bluebeat, Inc.*, 765 F. Supp.
5 | 2d 1198 (C.D. Cal. 2010) (No. 09-8030) is attached hereto as Exhibit 39.

6 |              42.      A true and correct copy Defs.' Mem. of P. & A. in Opp'n to
7 | Mot. for Partial Summ. J., *Capitol Records, LLC v. Bluebeat, Inc.*, 765 F. Supp.
8 | 2d 1198 (C.D. Cal. 2010) (No. 09-8030) is attached hereto as Exhibit 40.

10 |     I declare under penalty of perjury under the laws of the United States of
11 | America that I have reviewed this document and that the foregoing facts are true
12 | and correct.  This declaration was executed on the 7th day of July, 2014 at Los
13 | Angeles, California.

*/s/ Fred R. Puglisi*

Fred R. Puglisi