Name and Address:
FRED R. PUGLISI
SHEPPARD MULLIN
RICHTER & HAMPTON LLP
1901 AVENUE OF THE STARS, SUITE 1600
LOS ANGELES, CA 90067-6017
TELEPHONE: 310-228-3700
FACSIMILE: 310-228-6701

LINK# 133

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLO & EDDIE INC.<br><br>Plaintiff(s)<br><br>v.<br><br>SIRIUS XM RADIO INC., a Delaware Corporation<br><br>Defendant(s). | Case Number:<br><br>2:13-CV-05693-PSG-RZ<br><br>**ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

__SIRIUS XM RADIO INC.__   ☐ Plaintiff   ☒ Defendant   ☐ Other _____
*Name of Party*

to substitute  DANIEL PETROCELLI/O'MELVENY & MYERS LLP  who is

☒ Retained Counsel  ☐  Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

__1999 AVENUE OF THE STARS, 7TH FL.__
*Street Address*

__LOS ANGELES, CA 90067__                    __DPETROCELLI@OMM.COM__
*City, State, Zip*                                              *E-Mail Address*

__310-553-6700__          __310-246-6779__          __97802__
*Telephone Number*          *Fax Number*          *State Bar Number*

as attorney of record instead of  FRED R. PUGLISI/SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
*Present Attorney*

**is hereby**    ☒ **GRANTED**      ☐ **DENIED**


Dated  __10/31/14__

# PHILIP S. GUTIERREZ

U. S. District Judge/~~U.S. Magistrate Judge~~