UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-5693 PSG (RZx) | Date | October 31, 2014 |
|---|---|---|---|
| Title | FLO & EDDIE, INC. -VS- SIRUS XM RADIO, INC., ET AL. | | |

Present: The Honorable  **PHILIP S. GUTIERREZ, UNITED STATES DISTRICT JUDGE**

| Angela Bridges | Marea Woolrich | N/A |
|---|---|---|
| Relief Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Harvey Geller | Daniel Petrocelli |
| Henry Gradstein | Robert Schwartz |
| | Fred Puglisi |

**Proceedings:**     **STATUS CONFERENCE**

Matter called.  Court and counsel confer regarding status of case.  Court and counsel discuss the request for substitution of attorney that were e-filed, counsel informed that all the orders have been signed.  The Court having heard from counsel, confirm that all dates set will remain on calendar.


**IT IS SO ORDERED.**

                                                                                                       :   12

                                                              Initials of Preparer    AB for WH