DANIEL M. PETROCELLI (S.B. #97802)
  dpetrocelli@omm.com
ROBERT M. SCHWARTZ (S.B. #117166)
  rschwartz@omm.com
VICTOR H. JIH (S.B. #186515)
  vjih@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for Defendant
Sirius XM Radio Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLO & EDDIE, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIRIUS XM RADIO INC., a Delaware corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. CV 13-05693 PSG (RZx)<br><br>**DECLARATION OF ROBERT M. SCHWARTZ IN SUPPORT OF SIRIUS XM'S MOTION FOR RECONSIDERATION OF PARTIAL SUMMARY JUDGMENT ORDER**<br><br>**Date:** January 26, 2015<br>**Time:** 1:30 p.m.<br>**Place:** Department 880<br><br>Hon. Philip S. Gutierrez |

# DECLARATION OF ROBERT M. SCHWARTZ

I, Robert M. Schwartz, declare and state:

1. I am a partner at the law firm of O'Melveny & Myers LLP, counsel of record for defendant Sirius XM Radio Inc. ("Sirius XM") in the above-entitled action. I make this declaration in support of Sirius XM's Motion For Reconsideration of Partial Summary Judgment Order. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so competently.

2. Attached hereto as Exhibit A is a true and correct copy of relevant portions of the transcript of the hearing held on September 15, 2014 in the above-entitled action.

3. Pursuant to Central District of California Local Rule 7-3, on November 10, 2014, my colleague Cassandra Seto and I met and conferred with counsel for plaintiff, Harvey Geller, by telephone to discuss the substance of this motion. We did not reach an agreement, and Mr. Geller indicated that plaintiff would oppose this motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 17th day of November 2014 at Los Angeles, California.

          /s/ Robert M. Schwartz
          Robert M. Schwartz

- 1 -

SCHWARTZ DECL. ISO SIRIUS XM'S MOT. FOR RECONSIDERATION

# Exhibit A

1

```
                    UNITED STATES DISTRICT COURT

            CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

            HONORABLE PHILIP S. GUTIERREZ, U.S. DISTRICT JUDGE


 FLO & EDDIE, INC., INDIVIDUALLY AND   )
 ON BEHALF OF ALL OTHERS SIMILARLY     )
 SITUATED,                             ) CASE NO.
                                       ) CV 13-5693
                 PLAINTIFF,            )
                                       )
         VS.                           )
                                       )
 SIRIUS XM RADIO, INC., AND DOES 1     )
 THROUGH 100.                          )
                                       )
                 DEFENDANTS.           )
 _____)




                       REPORTER'S TRANSCRIPT OF
                     MOTION FOR SUMMARY JUDGMENT
                      MONDAY, SEPTEMBER 15, 2014
                              2:35 P.M.
                        LOS ANGELES, CALIFORNIA









              _____

                   MAREA WOOLRICH, CSR 12698, CRR
                   FEDERAL OFFICIAL COURT REPORTER
                 255 EAST TEMPLE STREET, ROOM 181-K
                   LOS ANGELES, CALIFORNIA 90012
                        mareawoolrich@aol.com
```

UNITED STATES DISTRICT COURT

Exhibit A

- 3 -

1  instruction up or down on the jury trial motion found favor
2  with the judge.
3      We indicated that in our opposition we'd surely join issue
4  but we might also indicate to the extent we felt that there
5  were fact questions which made its resolution premature, that
6  we would identify those. And the briefing went forward on that
7  basis. And you read the tentative. So far, of course, he is,
8  I guess, on temporary leave up to Court of Appeal as Your Honor
9  knows.
10     THE COURT: But this wasn't written by Judge Wiley.
11     MR. RICH: That's correct. It was written by
12 Judge Strobel who heard -- I should add, who heard about
13 90 minutes of argument following issuing the tentative.
14     THE COURT: We are not going to have 90 minutes.
15     I think the issues -- for both sides the issues -- I want
16 to thank both sides. It's one of the better sets of briefs
17 I've seen in a long time. I think both sides have clearly
18 stated their position. That's another reason why I don't think
19 we need as much argument as 90 minutes.
20     The second procedural question that I have is viewing
21 section 980 as strictly sort of this legal call, separate and
22 apart from the reproductions, the performance, in your
23 opposition you at some point indicate that I should dismiss the
24 Complaint. But there's no vehicle to do -- there was no
25 cross-motion for a summary judgment. So plaintiffs don't have

```
 1  notice of that remedy.  So I was curious why are you asking for
 2  a dismissal of the Complaint without a cross-motion for summary
 3  judgment?
 4          MR. RICH:  It's fair.  If we did, it was probably an
 5  inference that was a bit overreaching procedurally, Your Honor.
 6  I'm not sure it was deliberate.  We had considered and indeed
 7  had raised with Your Honor tentatively the notion of
 8  cross-motions.
 9          At the end of the day, we were persuaded that issue
10  joinder would occur with one set of papers and that given the
11  nature of the disposition as to 980, for example, if Your Honor
12  were ultimately to rule in our favor which is 980 doesn't bear
13  that construction, while I don't know that the present posture
14  would necessarily warrant a dismissal of the Complaint.  We
15  would shortly thereafter certainly file with a motion seeking
16  that remedy.  We just want didn't to burden the Court at the
17  end of the day with multiple sets of filings.
18          THE COURT:  Then the last procedural question at
19  page 6, footnote 2, you talk about affirmative defenses.  And
20  except as to, I believe, Fair Use may be the only exception.
21          MR. RICH:  Yes.
22          THE COURT:  But let's say, if I agree with the
23  plaintiffs on their interpretation of 980, you are not going to
24  be able to come back and say but our -- maybe as to damages,
25  but our affirmative defenses somehow would eviscerate any
```

1  ruling that I made on 980 which is the legal question.
2         MR. RICH:  Well, what we have in mind are equitable
3  defenses such as sleeping on their rights --
4         THE COURT:  Laches.
5         MR. RICH:  -- laches types of defenses.  They only
6  raised it in footnotes in their opening brief, Your Honor.
7  Given that fact and severe time constraints in briefing, we
8  didn't reach the point.  Then in reply they sort of sprung two
9  pages on us which we didn't have a chance to respond to.
10        THE COURT:  Let me hear from plaintiffs.  Go ahead
11 and restate your appearance before I interrupt you.
12        MR. GELLER:  I'm sorry.  Good afternoon, Your Honor.
13 Harvey Geller for the plaintiffs.
14        THE COURT:  Good afternoon.  Let's just -- I'm not
15 going to talk today about the Commerce Clause.  That's off the
16 table today.  But I want to talk about 980 and then a little
17 bit about reproductions because I'm not sure I understand
18 reproductions.  I think at the end of the day as to
19 reproductions, it sure is feeling like I have triable issues of
20 fact as to reproductions.
21    In any event, in talking about 980, confirm for me that we
22 really only have -- and separate and apart from the quotation
23 "you reap what you sow" essentially, just looking at cases that
24 have analyzed 980, we only have three cases.  And just confirm
25 that for me.  *Capitol Records vs. Erickson*, *A&M Records vs.*

32

CERTIFICATE OF OFFICIAL REPORTER

     I, MAREA WOOLRICH, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

DATED THIS __30TH__ DAY OF __SEPTEMBER, 2014.__

/S/ MAREA WOOLRICH
_____
MAREA WOOLRICH, CSR NO. 12698, CRR
FEDERAL OFFICIAL COURT REPORTER