# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FOR COURT USE ONLY
DUE DATE:

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Daniel M. Petrocelli, Esq. | 310-553-6700 | 11/26/2014 |

| 4. FIRM NAME: | 5. E-MAIL ADDRESS: |
|---|---|
| O'Melveny & Myers LLP | dpetrocelli@omm.com |

| 6. MAILING ADDRESS | 7. CITY | 8. STATE | 9. ZIP CODE |
|---|---|---|---|
| 1999 Avenue of the Stars, 7th Fl. | Los Angeles | CA | 90067 |

| 10. CASE NUMBER | 11. CASE NAME | 12. JUDGE |
|---|---|---|
| 13-cv-05693 | Flo & Eddie Inc. v. Sirius XM Radio Inc. | P. S. Gutierrez |

| 13. APPEAL CASE NUMBER | 14. ORDER FOR | ☐ APPEAL   ☑ NON-APPEAL   ☐ CRIMINAL JUSTICE ACT |
|---|---|---|
| | | ☐ IN FORMA PAUPERIS   ☐ AUSA   ☐ FPD   ☐ OTHER |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 09/15/14 | Marea Woolrich | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Motion for Summary Judgment Hearing |
| | | |
| | | |
| | | |
| | | |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☑ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | | |
| REAL TIME | ☐ | | |

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY

19. Transcription agency for digitally recorded proceedings:

17. DATE: November 26, 2014

20. Month:         Day:         Year:
Transcript payment arrangements were made with:

NAME OF OFFICIAL: _____

18. SIGNATURE: /s/ Daniel M. Petrocelli

Payment of estimated transcript fees were sent on the following date:
Month:         Day:         Year:

G-120 (09/12)