# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLO & EDDIE INC<br><br>  Plaintiff(s),<br><br>v.<br><br>SIRIUS XM RADIO INC , et al.<br><br><br>  Defendant(s). | CASE NO:<br>2:13−cv−05693−PSG−RZ<br><br><br>ORDER SETTING SCHEDULING CONFERENCE |

This matter is set for a scheduling conference on **December 14, 2015 at 02:00 PM.** The Conference will be held pursuant to F.R.Civ. P. 16(b).  The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than **21** days prior to the scheduling conference, and to file a joint statement with the Court not later than **14 days** after they confer, as required by F.R. Civ.P. 26 and the Local Rules of this Court.  In their F.R.Civ. P. 26(f) Report, the parties shall indicate whether they have agreed to participate in the Court's ADR Program, to private mediation or, upon a showing of good cause, to a Magistrate Judge for a settlement conference. Failure to comply may lead to the imposition of sanctions.

  **IT IS SO ORDERED.**

DATED: November 16, 2015

_____
Philip S. Gutierrez
United States District Judge

−1−