GRADSTEIN & MARZANO, P.C.
HENRY GRADSTEIN (89747)
hgradstein@gradstein.com
MARYANN R. MARZANO (96867)
mmarzano@gradstein.com
DANIEL B. LIFSCHITZ (285068)
dlifschitz@gradstein.com
6310 San Vicente Blvd., Suite 510
Los Angeles, California 90048
T:  323-776-3100

SUSMAN GODFREY L.L.P.
STEPHEN E. MORRISSEY (187865)
smorrissey@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
T:  310-789-3100 F: 310-789-3150

[Additional Counsel for Plaintiff on Signature Page]

Co-Lead Class Counsel
*Attorneys for Plaintiff FLO & EDDIE, INC. and the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| FLO & EDDIE, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIRIUS XM RADIO INC., a Delaware corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:13-cv-05693-PSG-GJSx<br><br>**FLO & EDDIE, INC.'S NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER** |

4580518v1/015185

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs hereby lodge the [Proposed] Final Pretrial Conference Order.

DATED: October 24, 2016          GRADSTEIN & MARZANO, P.C.
                                 Henry Gradstein
                                 Maryann R. Marzano
                                 Daniel B. Lifschitz

                                 SUSMAN GODFREY L.L.P.
                                 Stephen E. Morrissey
                                 Steven G. Sklaver
                                 Kalpana Srinivasan

                                 SUSMAN GODFREY L.L.P.
                                 Rachel S. Black, *Admitted PHV*
                                 1201 Third Avenue, Suite 3800
                                 Seattle, WA 98101
                                 Telephone: (206) 516-3880
                                 Fax: (206) 516-3883
                                 rblack@susmangodfrey.com

                                 SUSMAN GODFREY L.L.P.
                                 Brian Hogue, *Admitted PHV*
                                 1000 Louisiana Street, Suite 5100
                                 Houston, Texas 77002-5096
                                 Telephone: (713) 651-9366
                                 Fax (713) 654-6666
                                 bhogue@susmangodfrey.com

                                 SUSMAN GODFREY L.L.P.
                                 Michael Gervais, *Admitted PHV*
                                 1301 Avenue of the Americas, 32nd Fl.
                                 New York, NY 10019
                                 Telephone: (212) 729-2015
                                 Fax (212) 336-8340

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

mgervais@susmangodfrey.com

By: */s/ Kalpana Srinivasan*
Kalpana Srinivasan

*Counsel for Plaintiff FLO & EDDIE, INC.
and the Class*