GRADSTEIN & MARZANO, P.C.
HENRY GRADSTEIN (89747)
hgradstein@gradstein.com
MARYANN R. MARZANO (96867)
mmarzano@gradstein.com
DANIEL B. LIFSCHITZ (285068)
dlifschitz@gradstein.com
6310 San Vicente Blvd., Suite 510
Los Angeles, California 90048
Tel:  323-776-3100

SUSMAN GODFREY L.L.P.
STEPHEN E. MORRISSEY (187865)
smorrissey@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Tel:  310-789-3100
Fax: 310-789-3150

*Co-Lead Class Counsel*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| FLO & EDDIE, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIRIUS XM RADIO, INC., a Delaware corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:13-cv-05693-PSG-GJS<br><br>**DECLARATION OF HENRY GRADSTEIN IN SUPPORT OF MOTION BY PLAINTIFF FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**<br><br>Date:     March 13, 2017<br>Time:     1:30 p.m.<br>Place:    Courtroom 6A<br><br>Hon. Philip S. Gutierrez |

4695633v1/015185

I, Henry Gradstein, hereby declare and state as follows:

1.      I am an attorney duly licensed to practice law in the State of California and admitted to practice before the United States District Court for the Central District of California since 1979.  I am a partner in the law firm of Gradstein & Marzano, P.C. ("G&M"), which has been appointed as Co-Lead Class Counsel in the above-entitled action.  I have personal knowledge of the facts set forth herein, and if called upon to testify as a witness, I could and would do so competently. I make this declaration in support of Plaintiff Flo & Eddie Inc.'s ("Flo & Eddie" or "Plaintiff") Motion for a fee award.

2.      At the risk of understatement, this has been long and arduous litigation. I began researching a class action in California on behalf of the owners of sound recordings fixed prior to February 15, 1972 ("pre-1972 recordings") against Sirius XM nearly four years ago, in mid-February of 2013. I spoke with numerous owners of pre-1972 sound recordings from mid-March of 2013 through July of 2013 concerning their joining as named class plaintiffs in a California action before ultimately determining Flo & Eddie, Inc. to be the lead plaintiff and class representative for the proceedings. The legal theories were untested, but we believed, then as now, that the owners of pre-1972 recordings were protected under state law and entitled to payment for the public performance of their works. We believed that the sale of a record for private enjoyment should not transfer the right to publicly perform the artistic performance embodied on it any more than the sale of a DVD transfers the right to publicly perform the movie embodied on a DVD.

3.      G&M, a boutique practice utilizing its own financial resources, took on this cause on a contingency fee basis at great financial risk and against the decades' long practice of free public performance of sound recordings. Our cases were unprecedented, and G&M was the first law firm to file litigation concerning the unauthorized and uncompensated public performance of pre-1972 recordings by commercial broadcasters in any state.

1

4.     What began as an inquiry into whether state law might protect these early recordings in an era of vanishing record sales in favor of public performance became one of the most contentious cases in the music industry, involving numerous trade organizations, records labels, artists, music industry journals, law review journals and over a dozen federal district, circuit court and state court judges in California, New York and Florida in addition to this Court.  Our work resulted in literally hundreds of millions of dollars changing hands to the benefit of former class members.

5.     However, while a cottage industry of litigation in multiple state and federal courts has been generated by G&M's work, and leading seminal decisions have resulted in hundreds of copyright lectures and articles examining the intersection between state and federal copyright law and the public performance right in particular, G&M, Susman Godfrey L.L.P. and other law firms working with them have to date remained entirely uncompensated. G&M alone has expended over 10,000 hours as summarized below, and hundreds of thousands of dollars in costs. For years, G&M poured earnings generated from other matters into the Flo & Eddie cases, and declined or referred to other attorneys cases which the firm otherwise would have handled. At great expense, G&M litigated against large firms with virtually unlimited resources (Weil, Gotshal & Manges LLP and O'Melveny & Myers LLP) until joining with co-class counsel Susman Godfrey in the best interests of the Class. As a result of the demands placed upon G&M's attorneys and support staff by Sirius XM's aggressive litigation tactics throughout these proceedings, this litigation dominated G&M's practice.

6.     The dockets of the cases speak for themselves, but in summary, G&M instituted this class action litigation on behalf of Flo & Eddie and a putative class of owners of pre-1972 recordings on August 1, 2013.  The original complaint was filed in California state court, and later removed by Defendant Sirius XM Radio, Inc. ("Sirius XM") to this Court on August 6, 2015.  G&M also filed similar putative

class actions on behalf of Flo & Eddie in New York on August 16, 2013 (*Flo & Eddie, Inc. v. Sirius XM Radio, Inc.*, Southern District of New York, 13-CV-5784 (CM) and in Florida on September 3, 2013 (*Flo & Eddie, Inc. v. Sirius XM Radio, Inc.*, Southern District of Florida, Case No. 13-CV-23182 (DPG)).

7.      On September 22, 2014, G&M obtained summary judgment in California on liability as to all causes of action for Sirius XM's public performance of pre-1972 recordings. On May 27, 2015, G&M obtained class certification. Shortly after the Court granted Sirius XM leave to take post-certification discovery, G&M partnered in March 2016 with the law firm of Susman Godfrey, which was approved as co-lead class counsel on May 16, 2016. After extensive post-certification motion and discovery practice, a settlement was reached the day before a class-wide trial on damages was scheduled to begin on November 15, 2016.

8.      Prior to having the assistance of co-counsel, G&M propounded or responded to 11 sets of discovery requests in the California action alone (which included 162 requests for production and 42 interrogatories), and subsequently processed and reviewed tens of thousands of documents encompassing millions of pages of data produced by both Sirius XM and third parties pursuant to subpoenas. G&M additionally conducted or defended 15 separate fact and expert witness depositions prior to class certification. After  the class was certified and Susman Godfrey became co-lead Class Counsel, Class Counsel conducted or defended an additional 21 depositions throughout the country (19 absent class members and two supplemental depositions of the parties' respective expert witnesses), reviewed tens of thousands of yet additional documents produced by Sirius XM encompassing millions of pages of data, defended against motions brought by Sirius XM for partial summary judgment as to damages and decertification of the class, and litigated 18 separate motions in *limine* in the final weeks before trial was scheduled to commence.

9.      Prior to settlement, G&M also won summary judgment as to liability in

3

New York, with the actual entry of summary judgment deferred (first to allow Flo & Eddie to pursue class certification, then to permit Sirius XM to appeal on an interlocutory basis). The case was accepted by the Second Circuit and questions of state law were certified to the New York Court of Appeals, which did not issue its opinion on the matter until after the parties had settled in California. The New York Court of Appeal has now ruled that there is not a common law copyright of public performance, but has left open the question whether Sirius XM's public performance of the pre-1972 recordings constituted unfair competition.

10.     Flo & Eddie lost summary judgment in Florida, but appealed the adverse ruling to the Eleventh Circuit. The Eleventh Circuit questioned the District Court's ruling against Flo & Eddie and certified questions of state law to the Florida Supreme Court. Opening and Answer briefs have now been filed, and the Reply will be filed by Flo & Eddie on January 23, 2017.

11.     The following is a basic chronology of the litigation handled by counsel on behalf of the putative class members against Sirius XM in California, New York, and Florida through November 14, 2016, the date of the parties' settlement:

| Case | Date | Activity |
|------|------|----------|
| CA | 8/1/13 | Complaint filed |
| CA | 8/6/13 | Case removed to federal court |
| NY | 8/16/13 | Complaint filed |
| FL | 9/3/13 | Complaint filed |
| CA | 10/9/13 | Motion to change venue filed |
| FL | 10/9/13 | Motion to change venue filed |
| FL | 10/9/13 | Motion to stay case filed |
| CA | 10/18/13 | Motion to stay case filed |
| CA | 10/21/13 | Ex parte to shorten time filed |
| CA | 10/22/13 | Opposition on ex parte to shorten time filed |
| CA | 10/23/13 | Ex parte to shorten time denied |

4

| **Case** | **Date** | **Activity** |
|---|---|---|
| FL | 10/23/13 | Motion to extend venue/stay opposition deadlines filed |
| FL | 10/24/13 | Extension of opposition deadlines partially granted |
| FL | 10/28/13 | Opposition on motion to change venue filed |
| FL | 10/28/13 | Opposition on motion to stay case filed |
| NY | 10/28/13 | Motion to dismiss filed |
| NY | 11/4/13 | Letter seeking clarification filed |
| FL | 11/4/13 | Reply on motion to stay case filed |
| FL | 11/5/13 | Reply on motion to change venue filed |
| NY | 1/7/13 | Response letter regarding clarification filed |
| CA | 11/8/13 | Opposition on motion to change venue filed |
| NY | 11/12/13 | Opposition on motion to dismiss filed |
| NY | 11/13/13 | Amended complaint filed |
| FL | 11/14/13 | Motion to dismiss filed |
| FL | 11/14/13 | Joint scheduling and discovery report filed |
| CA | 11/15/13 | Reply on motion to change venue filed |
| FL | 11/15/13 | RFPs served by SXM |
| CA | 11/18/13 | Answer filed |
| NY | 11/22/13 | RFPs served by SXM |
| CA | 11/25/13 | Opposition on motion to stay case filed |
| CA | 11/25/13 | RFPs served by SXM |
| CA | 12/2/13 | Reply on motion to stay case filed |
| CA | 12/2/13 | Hearing on motion to change venue held |
| FL | 12/3/13 | Motion for extension of opposition filing deadline |
| FL | 12/3/13 | Motion for extension on selection of mediator |
| CA | 12/3/13 | Motion to change venue denied |
| CA | 12/4/13 | Motion to stay case denied |
| FL | 12/4/13 | Notice of order on transfer request in CA filed |

| Case | Date | Activity |
|------|------|----------|
| **Case** | **Date** | **Activity** |
| FL | 12/4/13 | Order granting extension on selection of mediator |
| FL | 12/5/13 | Amended complaint filed |
| NY | 12/6/13 | Answer filed |
| FL | 12/6/13 | Motion to dismiss denied |
| FL | 12/10/13 | Designation of mediator filed |
| CA | 12/23/13 | Response to RFPs served by F&E |
| NY | 12/23/13 | Response to RFPs served by F&E |
| FL | 12/23/13 | Response to RFPs served by F&E |
| FL | 12/23/13 | Answer filed |
| CA | 1/9/14 | RFPs served by F&E |
| NY | 1/9/14 | RFPs served by F&E |
| FL | 1/9/14 | RFPs served by F&E |
| NY | 1/10/14 | Pretrial conference hearing held |
| NY | 1/10/14 | Order granting limited discovery entered |
| FL | 1/10/14 | Motion to transfer venue denied |
| FL | 1/13/14 | Motion to stay case denied |
| FL | 1/28/14 | Motion to reconsider scheduling order filed |
| FL | 2/7/14 | Opposition on reconsideration of scheduling order filed |
| CA | 2/10/14 | Response to RFPs served by SXM |
| NY | 2/10/14 | Response to RFPs served by SXM |
| FL | 2/10/14 | Response to RFPs served by SXM |
| CA | 2/11/14 | Deposition of Terrance Smith taken |
| CA | 2/12/14 | Motion to strike class allegations filed |
| FL | 2/12/14 | Reply on reconsideration of scheduling order filed |
| CA | 2/14/14 | Motion to extend time for class certification filed |
| FL | 2/20/14 | Motion to reconsider scheduling order denied |
| CA | 2/21/14 | Response to RFPs served by SXM |

6

| Case | Date | Activity |
|------|------|----------|
| FL | 2/21/14 | Response to RFPs served by SXM |
| CA | 3/3/14 | Joint case management statement filed |
| CA | 3/3/14 | Opposition on class certification extension filed |
| CA | 3/3/14 | Opposition on striking class allegations filed |
| CA | 3/10/14 | Reply on striking class allegations filed |
| CA | 3/10/14 | Reply on class certification extension filed |
| NY | 3/10.14 | Telephonic conference held |
| FL | 3/12/14 | Deposition of David Frear taken |
| FL | 3/12/14 | Deposition of Terrence Smith taken |
| CA | 3/18/14 | Motion to extend class certification deadline granted |
| CA | 3/24/14 | Scheduling conference hearing held |
| CA | 3/25/14 | Discovery bifurcated |
| NY | 3/25/14 | Deposition of Evan Cohen taken |
| NY | 3/25/14 | Motion to dismiss denied |
| NY | 3/26/15 | Deposition of Howard Kaylan taken |
| NY | 4/3/14 | Initial pretrial conference hearing held |
| NY | 4/4/14 | Deposition of Mark Volman taken |
| NY | 4/11/14 | Letter regarding briefing schedule filed |
| FL | 4/11/14 | RFAs served by SXM |
| NY | 4/15/14 | Stipulated protective order entered |
| FL | 4/18/14 | Interrogatories served by SXM |
| CA | 4/29/14 | RFPs served by F&E |
| CA | 4/29/14 | Joint motion for protective order filed |
| NY | 4/30/14 | Letter regarding deposition schedule filed |
| FL | 5/1/14 | Interrogatories served by F&E |
| CA | 5/5/14 | Protective order stricken |
| NY | 5/6/14 | Deposition of Jason Pascal taken |

7

| Case | Date | Activity |
|------|------|----------|
| NY | 5/12/14 | Motion to extend summary judgment deadline filed |
| FL | 5/12/14 | Response to RFAs served by SXM |
| FL | 5/13/14 | RFAs served by F&E |
| FL | 5/12/14 | Motion for protective order filed |
| NY | 5/15/14 | Motion to extend summary judgment deadline granted |
| FL | 5/15/14 | RFPs served by F&E |
| FL | 5/15/14 | Motion to extend pretrial deadlines and trial date filed |
| FL | 5/16/14 | Motion to extend pretrial deadlines and trial date denied |
| CA | 5/19/14 | Joint stipulation for protective order filed |
| FL | 5/19/14 | Response to Interrogatories served by F&E |
| FL | 5/20/14 | Interrogatories served by F&E |
| CA | 5/29/14 | Response to RFPs served by SXM |
| NY | 5/30/14 | Motion for summary judgment filed |
| FL | 6/5/14 | Response to Interrogatories served by SXM |
| CA | 6/9/14 | Motion for summary judgment filed |
| CA | 6/10/14 | RFPs served by F&E |
| CA | 6/13/14 | RFPs served by F&E |
| CA | 6/13/14 | Interrogatories served by F&E |
| FL | 6/16/14 | Response to RFAs served by SXM |
| CA | 6/17/14 | Ex parte to extend briefing schedule and page limits filed |
| FL | 6/18/14 | Motion to compel discovery responses filed |
| CA | 6/19/14 | Opposition on extending briefing schedule and page limits filed |
| FL | 6/19/14 | Response to RFPs served by SXM |
| FL | 6/19/14 | Motion for status conference filed |
| CA | 6/20/14 | Ex parte to extend briefing schedule and page limits denied |
| FL | 6/23/14 | Response to Interrogatories served by SXM |
| FL | 6/23/14 | Motion to extend expert disclosure deadline filed |

8

| Case | Date | Activity |
|------|------|----------|
| FL | 6/24/14 | Opposition on extending expert disclosure deadline filed |
| FL | 6/25/14 | Motion for protective order granted |
| FL | 6/27/14 | Motion to extend expert disclosure deadline withdrawn |
| CA | 6/27/14 | Second ex parte to increase page limit on briefing filed |
| CA | 6/30/14 | Opposition on second request to increase page limit filed |
| CA | 6/30/14 | Second ex parte to increase page limit on briefing denied |
| FL | 7/3/14 | Motion for status conference granted |
| FL | 7/7/14 | Opposition on motion to compel filed |
| CA | 7/7/14 | Opposition on summary judgment filed |
| CA | 7/7/14 | Application to file under seal filed |
| CA | 7/8/14 | Application to file under seal granted |
| FL | 7/8/14 | Order setting status conference |
| CA | 7/10/14 | Response to RFPs served by SXM |
| NY | 7/11/14 | Opposition on summary judgment filed |
| CA | 7/11/14 | Stipulated protective order denied |
| CA | 7/14/14 | Reply on summary judgment filed |
| CA | 7/14/14 | Evidentiary objections on summary judgment filed |
| CA | 7/14/14 | Response to RFPs served by SXM |
| FL | 7/14/14 | Response to RFPs served by SXM |
| CA | 7/14/14 | Response to Interrogatories served by SXM |
| FL | 7/15/14 | Motion for summary judgment filed |
| FL | 7/17/14 | Order on motion to compel |
| FL | 7/18/14 | Status conference hearing held |
| CA | 7/22/14 | Request to strike reply on summary judgment filed |
| FL | 7/25/14 | Response to Interrogatories served by F&E |
| CA | 7/30/14 | Ex parte to reschedule summary judgment hearing filed |
| CA | 7/31/14 | Opposition on rescheduling summary judgment hearing filed |

| Case | Date | Activity |
|------|------|----------|
| FL | 7/31/14 | Proposed revised scheduling order filed |
| CA | 8/4/14 | Ex parte to reschedule summary judgment hearing granted |
| CA | 8/11/14 | Opposition on summary judgment filed |
| NY | 8/13/14 | Reply on summary judgment filed |
| FL | 8/15/14 | Opposition on summary judgment filed |
| CA | 8/18/14 | Reply on summary judgment filed |
| CA | 9/5/14 | Settlement conference held |
| CA | 9/8/14 | Joint Rule 26(f) report filed |
| FL | 9/8/14 | Reply on summary judgment filed |
| CA | 9/15/14 | Oral argument hearing on summary judgment held |
| CA | 9/22/14 | Motion for summary judgment granted |
| NY | 9/24/14 | Notice of CA summary judgment order filed |
| FL | 9/24/14 | Notice of CA summary judgment order filed |
| CA | 10/6/14 | Joint case management statement filed |
| CA | 10/15/14 | Motion for interlocutory appeal/stay filed |
| NY | 10/15/14 | Notice of CA request for interlocutory appeal filed |
| FL | 10/15/14 | Notice of CA request for interlocutory appeal filed |
| NY | 10/17/14 | Notice of CA state court order on performance right filed |
| FL | 10/17/14 | Notice of CA state court order on performance right filed |
| NY | 10/17/14 | Response to notice of CA state court order filed |
| FL | 10/17/14 | Response to notice of CA state court order filed |
| CA | 10/20/14 | Scheduling conference hearing held |
| CA | 10/21/14 | Scheduling order issued |
| CA | 10/28/14 | Motion for interlocutory appeal supplemented |
| CA | 10/30/14 | RFAs served by F&E |
| CA | 10/30/14 | RFPs served by F&E |
| CA | 10/30/14 | Interrogatories served by F&E |

| Case | Date | Activity |
|------|------|----------|
| CA | 10/31/14 | Status conference hearing held |
| CA | 11/3/14 | Opposition on motion to appeal/stay filed |
| CA | 11/4/14 | Amicus request filed |
| CA | 11/7/14 | Opposition to amicus request filed |
| CA | 11/10/14 | Reply on motion to appeal/stay filed |
| CA | 11/10/14 | Amicus request denied |
| NY | 11/14/14 | Order to show cause (denying summary judgment) |
| CA | 11/17/14 | Notice of NY summary judgment denial filed |
| CA | 11/17/14 | Motion for reconsideration filed |
| CA | 11/20/14 | Motion for interlocutory appeal/stay denied |
| FL | 11/20/14 | Motion to file supplemental briefing on liability filed |
| FL | 11/21/14 | Motion to file supplemental briefing on liability granted |
| FL | 11/21/14 | Supplemental briefing as to liability filed |
| NY | 12/1/14 | Motion for reconsideration filed |
| NY | 12/1/14 | Letter regarding reconsideration/interlocutory appeal filed |
| CA | 12/1/14 | Response to RFAs served by SXM |
| CA | 12/1/14 | Response to RFPs served by SXM |
| CA | 12/1/14 | Response to Interrogatories served by SXM |
| NY | 12/3/14 | Order directing response regarding reconsideration |
| FL | 12/3/14 | Opposition on supplemental briefing as to liability filed |
| NY | 12/5/14 | Response regarding order to show cause filed |
| NY | 12/10/14 | Opposition on motion for reconsideration filed |
| NY | 12/11/14 | Letter regarding opposition on order to show cause filed |
| NY | 12/12/14 | Motion for reconsideration denied |
| FL | 12/15/14 | Notice of NY order on reconsideration filed |
| FL | 12/17/14 | Response to notice of NY order on reconsideration filed |
| FL | 12/18/14 | Amended scheduling order entered |

| Case | Date | Activity |
|------|------|----------|
| FL | 12/23/14 | Motion to vacate amended scheduling order filed |
| CA | 12/24/14 | Response to Interrogatories supplemented by SXM |
| NY | 12/29/14 | Opposition on order to show cause filed |
| FL | 12/30/14 | Motion to vacate amended scheduling order granted |
| NY | 12/31/14 | Letter regarding reply on order to show cause filed |
| CA | 1/5/15 | Opposition on motion for reconsideration filed |
| NY | 1/7/15 | Reply on order to show cause filed |
| CA | 1/12/15 | Reply on motion for reconsideration filed |
| CA | 1/13/15 | RFPs served by SXM |
| CA | 1/13/15 | Interrogatories served by SXM |
| FL | 1/14/15 | Response to order regarding scheduling order filed |
| FL | 1/15/15 | Report regarding proposed case schedule filed |
| FL | 1/15/15 | Order regarding scheduling entered |
| NY | 1/15/15 | Order deferring summary judgment ruling |
| FL | 1/16/15 | Motion for leave to respond regarding scheduling order filed |
| NY | 1/26/15 | Letter regarding interlocutory appeal filed |
| NY | 1/26/15 | Response letter regarding interlocutory appeal filed |
| FL | 2/1/15 | Opposition on leave to respond regarding scheduling order filed |
| CA | 2/9/15 | Ex parte for protective order quashing subpoenas filed |
| CA | 2/10/15 | Opposition to protective order quashing subpoenas filed |
| NY | 2/10/15 | Order certifying interlocutory appeal |
| FL | 2/10/15 | Notice of NY order certifying appeal filed |
| CA | 2/11/15 | Reply on protective order quashing subpoenas filed |
| CA | 2/11/15 | Ex parte for protective order quashing subpoenas granted |
| CA | 2/11/15 | Deposition of Steve Blatter taken |
| CA | 2/12/15 | Response to RFPs served by F&E |
| CA | 2/12/15 | Response to Interrogatories served by F&E |

4695633v1/015185

| Case | Date | Activity |
|------|------|----------|
| CA | 2/13/15 | Deposition of Evan Cohen taken |
| CA | 2/18/15 | Deposition of David Frear taken |
| CA | 2/19/15 | Motion for reconsideration denied |
| NY | 2/20/15 | Second Circuit petition to appeal filed |
| CA | 2/27/15 | Deposition of Mark Volman taken |
| CA | 2/27/15 | Deposition of Scott Greenstein taken |
| CA | 3/9/15 | Ex parte to force filing under seal filed |
| CA | 3/10/15 | Opposition on forced filing under seal filed |
| CA | 3/11/15 | Reply on forced filing under seal filed |
| CA | 3/12/15 | Ex parte on forced filing under seal denied |
| CA | 3/16/15 | Motion for class certification filed |
| CA | 3/17/15 | Application to file under seal filed |
| CA | 3/18/15 | Application to file under seal granted |
| CA | 4/14/15 | Motion to amend scheduling order filed |
| NY | 4/15/15 | Hearing regarding leave to appeal held |
| CA | 4/15/15 | Opposition on class certification filed |
| NY | 4/15/15 | Leave to appeal granted |
| CA | 4/20/15 | Deposition of Mike Wallace taken |
| FL | 4/29/15 | Hearing on motion for summary judgment held |
| CA | 4/30/15 | Deposition of Elliot Goldman taken |
| CA | 5/6/15 | Reply on class certification filed |
| CA | 5/6/15 | Evidentiary objections to class certification opposition filed |
| CA | 5/7/15 | Ex parte to extend class certification hearing date filed |
| CA | 5/8/15 | Opposition to extending class certification hearing date filed |
| CA | 5/8/15 | Ex parte to extend class certification hearing date granted |
| CA | 5/8/15 | Deposition of Keith Ugone taken |
| CA | 5/18/15 | Opposition on amending scheduling order filed |

13

| Case | Date | Activity |
|------|------|----------|
| CA | 5/19/15 | Response to class certification evidentiary objections filed |
| CA | 5/20/15 | Request to submit supplemental authority filed |
| CA | 5/22/15 | Request to submit supplemental authority granted |
| CA | 5/22/15 | Oral argument hearing on class certification held |
| CA | 5/27/15 | Motion for class certification granted |
| CA | 6/2/15 | Motion to amend scheduling order denied |
| CA | 6/2/15 | Ex parte to stay case pending appeal filed |
| CA | 6/3/15 | Partial opposition on stay pending appeal filed |
| CA | 6/5/15 | Reply on stay pending appeal filed |
| CA | 6/8/15 | Hearing on ex parte to stay case pending appeal held |
| CA | 6/8/15 | Ex parte to stay case pending appeal granted |
| CA | 6/10/15 | Ninth Circuit petition to appeal class certification filed |
| CA | 6/17/15 | Private mediation conducted |
| CA | 6/22/15 | Opposition on petition to appeal class certification filed |
| FL | 6/22/15 | Motion for summary judgment granted |
| CA | 7/8/15 | Ex parte application to lift stay filed |
| CA | 7/10/15 | Ex parte application to intervene filed |
| CA | 7/10/15 | Opposition to ex parte application to lift stay filed |
| FL | 7/10/15 | Eleventh Circuit notice of appeal filed |
| CA | 7/13/15 | Reply on ex parte application to lift stay filed |
| CA | 7/20/15 | Ex parte application to lift stay denied |
| NY | 7/29/15 | Second Circuit opening brief filed |
| NY | 8/5/15 | 7 amicus briefs filed |
| CA | 8/10/15 | Ninth Circuit petition to appeal class certification denied |
| CA | 8/13/15 | Motion for extension to submit *en banc* petition filed |
| NY | 8/14/15 | Opposition to amicus briefs filed |
| NY | 8/20/15 | 2 amicus replies filed |

14

| Case | Date | Activity |
|------|------|----------|
| NY | 8/21/15 | 1 amicus reply filed |
| NY | 8/23/15 | 1 amicus reply filed |
| CA | 8/24/15 | Ninth Circuit petition for reconsideration *en banc* filed |
| CA | 9/1/15 | Order setting scheduling conference |
| FL | 9/1/15 | Eleventh Circuit opening brief filed |
| FL | 9/8/15 | Amicus brief filed |
| CA | 9/4/15 | Request for clarification on scheduling conference filed |
| CA | 9/8/15 | Scheduling conference vacated |
| FL | 9/21/15 | Opposition to amicus brief filed |
| NY | 9/28/15 | Second Circuit opposition brief filed |
| NY | 9/29/15 | Request for extension on reply brief filed |
| NY | 9/30/15 | Request for extension on reply brief granted |
| FL | 10/5/15 | Eleventh Circuit opposition brief filed |
| FL | 10/13/15 | 6 amicus briefs filed |
| FL | 10/20/15 | Opposition to amicus briefs filed |
| FL | 10/27/15 | 2 amicus replies filed |
| NY | 10/27/15 | Second Circuit reply brief filed |
| NY | 10/27/15 | Requests for oral argument filed |
| CA | 11/10/15 | Ninth Circuit petition for reconsideration *en banc* denied |
| CA | 11/12/15 | Notice of Ninth Circuit *en banc* denial filed |
| CA | 11/16/15 | Order setting scheduling conference entered |
| CA | 11/23/15 | Joint stipulation to continue conference filed |
| FL | 11/24/15 | Eleventh Circuit reply brief filed |
| CA | 11/25/15 | Motion to continue stay filed |
| CA | 11/30/15 | Joint stipulation to continue conference granted |
| CA | 12/14/15 | Joint Rule 26(f) report filed |
| CA | 12/21/15 | Scheduling conference hearing held |

15

| Case | Date | Activity |
|------|------|----------|
| CA | 1/4/16 | Opposition on motion to continue stay filed |
| CA | 1/11/16 | Reply on motion to continue stay filed |
| FL | 1/14/16 | Notice of supplemental authority filed |
| FL | 1/15/16 | Response regarding supplemental authority filed |
| CA | 1/20/16 | Motion to continue stay denied |
| CA | 1/25/16 | Limited post-certification discovery granted |
| NY | 2/2/16 | Second Circuit oral argument hearing held |
| CA | 3/4/16 | Response to Interrogatories served by SXM |
| CA | 3/7/16 | RFPs served by F&E |
| CA | 3/18/16 | Interrogatories served by F&E |
| CA | 3/28/16 | Unopposed motion to appoint co-counsel filed |
| CA | 4/6/16 | Deposition of David Freeman taken |
| CA | 4/11/16 | Response to RFPs served by SXM |
| NY | 4/13/16 | Second Circuit order certifying questions of state law entered |
| CA | 4/13/16 | Deposition of Leonard Fico taken |
| FL | 4/15/16 | Notice of supplemental authority filed |
| FL | 4/15/16 | Response regarding supplemental authority filed |
| CA | 4/18/16 | Response to Interrogatories served by SXM |
| CA | 4/20/16 | Notice of Second Circuit decision filed |
| CA | 4/20/16 | Response to notice of Second Circuit decision filed |
| CA | 4/22/16 | Discovery conference hearing held |
| CA | 4/27/16 | Motion to approve class notice filed |
| CA | 4/27/16 | Motion for protective order as to absent class members filed |
| CA | 4/28/16 | Deposition of Paul Tarnopol taken |
| CA | 4/29/16 | Deposition of Stuart Livingston taken |
| CA | 5/2/16 | Opposition on protective order as to absent class members filed |
| CA | 5/4/16 | Reply on protective order as to absent class members filed |

16

| Case | Date | Activity |
|------|------|----------|
| CA | 5/6/16 | Request to file sur-reply regarding protective order filed |
| CA | 5/9/16 | Discovery conference hearing held and protective order denied |
| CA | 5/9/16 | Deposition of Bob Emmer taken |
| CA | 5/11/16 | Deposition of Mark DeLelys taken |
| CA | 5/11/16 | Deposition of Christian Horsnell taken |
| CA | 5/11/16 | Deposition of Sam Passamano taken |
| CA | 5/12/16 | Deposition of John Nemoy taken |
| CA | 5/13/16 | Deposition of Vince Micallef taken |
| CA | 5/13/16 | Deposition of Timothy Weston taken |
| CA | 5/16/16 | Motion to appoint co-counsel granted |
| CA | 5/17/16 | Deposition of Robert Koester taken |
| CA | 5/19/16 | Deposition of Thomas Couch taken |
| CA | 5/20/16 | Response to Interrogatories served by SXM |
| FL | 5/20/16 | Eleventh Circuit oral argument hearing held |
| CA | 5/23/16 | Deposition of Richard Nevins taken |
| CA | 5/25/16 | Deposition of Thomas Gramuglia taken |
| CA | 5/25/16 | Deposition of John McWeeney taken |
| CA | 5/27/16 | Deposition of Lars Edegran taken |
| CA | 5/27/16 | Opposition on approval of class notice filed |
| CA | 5/30/16 | Deposition of Joe Stone taken |
| CA | 6/3/16 | Deposition of Bob Irwin taken |
| CA | 6/6/16 | Deposition of Jesse Colin Young taken |
| CA | 6/6/16 | Reply on approval of class notice filed |
| CA | 6/8/16 | Response to Interrogatories served by SXM |
| CA | 6/13/16 | Discovery conference hearing held |
| CA | 6/16/16 | Motion to approve class notice granted |
| CA | 6/20/16 | Motion to compel discovery compliance filed |

4695633v1/015185

| Case | Date | Activity |
|------|------|----------|
| CA | 6/22/16 | Ex parte application to stay class notice filed |
| CA | 6/23/16 | Ex parte application to stay class notice denied |
| CA | 6/24/16 | Petition for writ of mandamus on class notice filed |
| CA | 6/24/16 | Emergency motion for stay of class notice filed |
| CA | 6/24/16 | Motion to modify scheduling order filed |
| CA | 6/27/16 | Discovery conference hearing held |
| CA | 6/27/16 | Opposition on motion to compel filed |
| CA | 6/28/16 | Opposition on emergency motion for stay filed |
| CA | 6/28/16 | Reply on emergency motion for stay filed |
| CA | 6/29/16 | Reply on motion to compel filed |
| FL | 6/29/16 | Eleventh Circuit order certifying questions of state law entered |
| CA | 6/30/16 | Emergency motion for stay of class notice denied |
| CA | 6/30/16 | Motion to modify scheduling order denied |
| CA | 7/5/16 | Discovery conference hearing held |
| NY | 7/6/16 | State supreme court opening brief filed |
| CA | 7/6/16 | Motion for partial summary judgment filed |
| CA | 7/14/16 | Ex parte application to extend production deadline filed |
| CA | 7/14/16 | Opposition on extending production deadline filed |
| CA | 7/18/16 | Ex parte application to extend production deadline granted |
| CA | 7/27/16 | Motion for fee award filed |
| CA | 7/29/16 | Motion for decertification filed |
| FL | 8/2/16 | Motion for extension to submit opening brief filed |
| FL | 8/3/16 | Motion for extension to submit opening brief granted |
| CA | 8/22/16 | Opposition on partial summary judgment filed |
| CA | 8/29/16 | Reply on partial summary judgment filed |
| CA | 8/31/16 | Unopposed ex parte application to intervene filed |
| CA | 8/31/16 | Evidentiary objections on partial summary judgment filed |

| Case | Date | Activity |
|------|------|----------|
| **Case** | **Date** | **Activity** |
| CA | 9/1/16 | Ex parte application to continue trial date filed |
| CA | 9/2/16 | Oppositions to (and motion to strike) fee award filed |
| CA | 9/2/16 | Opposition on continuing trial date filed |
| CA | 9/2/16 | Opposition on motion for decertification filed |
| CA | 9/2/16 | Evidentiary objections on fee award filed |
| CA | 9/6/16 | Reply on continuing trial date filed |
| CA | 9/6/16 | Ex parte application to intervene granted |
| CA | 9/6/16 | Ex parte application to continue trial date denied |
| CA | 9/8/16 | Motion for partial summary judgment granted in part |
| CA | 9/12/16 | Reply on motion for decertification filed |
| CA | 9/12/16 | Reply on fee award and evidentiary objections filed |
| CA | 9/19/16 | Motion for decertification denied |
| NY | 9/19/16 | State supreme court opposition brief filed |
| FL | 9/19/16 | State supreme court opening brief filed |
| CA | 9/20/16 | Opposition on motion to strike fee award filed |
| CA | 9/21/16 | Evidentiary objections on fee award filed |
| FL | 9/22/16 | Motion for extension to submit opposition brief filed |
| FL | 9/23/16 | Motion for extension to submit opposition brief granted |
| FL | 9/23/16 | Amicus brief filed |
| CA | 9/23/16 | Motion for fee award denied |
| CA | 9/29/16 | Declaration regarding notice administration filed |
| CA | 9/30/16 | 18 motions in limine filed |
| NY | 10/6/16 | State supreme court reply brief filed |
| CA | 10/7/16 | Memorandums of contentions of fact and law filed |
| CA | 10/7/16 | Witness list filed |
| CA | 10/7/16 | Stipulation to expedite briefing filed |
| C | 10/7/16 | Deposition of Mike Wallace taken |

| Case | Date | Activity |
|------|------|----------|
| CA | 10/8/16 | Joint exhibit list filed |
| CA | 10/11/16 | Stipulation to expedite briefing granted |
| CA | 10/14/16 | 9 oppositions on motions in limine filed |
| NY | 10/18/16 | State supreme court oral argument hearing held |
| CA | 10/21/16 | 9 oppositions on motions in limine filed |
| CA | 10/21/16 | 9 replies on motions in limine filed |
| CA | 10/22/16 | Deposition of Keith Ugone taken |
| CA | 10/24/16 | Deposition designations lodged |
| CA | 10/24/16 | Proposed voir dire questions filed |
| CA | 10/26/15 | 3 motions in limine granted |
| CA | 10/26/15 | 1 motion in limine denied |
| CA | 10/27/15 | 1 motion in limine denied |
| CA | 10/28/16 | Proposed jury instructions filed |
| CA | 10/28/16 | Proposed jury verdict filed |
| CA | 10/28/16 | Proposed special jury verdict filed |
| CA | 10/31/16 | 3 motions in limine denied |
| CA | 10/31/16 | 2 replies on motions in limine filed |
| CA | 11/1/16 | 2 replies on motions in limine filed |
| CA | 11/2/16 | 1 reply on motion in limine filed |
| CA | 11/3/16 | 2 replies on motions in limine filed |
| CA | 11/3/16 | Stipulation on trial equipment filed |
| CA | 11/3/16 | Stipulation on disclosure of illustratives filed |
| CA | 11/4/16 | Stipulation on trial equipment denied |
| CA | 11/4/16 | 2 replies on motions in limine filed |
| CA | 11/4/16 | Proposed amended special jury verdict filed |
| CA | 11/3/16 | Stipulation on disclosure of illustratives granted |
| CA | 11/7/16 | 1 motion in limine denied |

20

| Case | Date | Activity |
|------|------|----------|
| CA | 11/7/16 | Final pretrial conference hearing held |
| CA | 11/8/16 | 3 motions in limine granted |
| CA | 11/8/16 | Trial briefs filed |
| CA | 11/8/16 | Joint submission on statement of case filed |
| CA | 11/9/16 | 3 motions in limine granted |
| CA | 11/9/16 | 1 motion in limine denied |
| CA | 11/9/16 | Witness list filed |
| CA | 11/9/16 | Amended proposed jury instructions filed |
| CA | 11/9/16 | Revised joint exhibit list filed |
| CA | 11/10/16 | Second final pretrial conference hearing held |
| CA | 11/10/16 | Revised stipulation on trial equipment filed |
| CA | 11/14/16 | Notice of settlement filed |

12.     I have asked staff at my firm to prepare a summary of the time and expenses invested through November 30, 2016 in this matter by G&M, including co-counsel working under our direction. This includes work performed by the law firm of Heller Waldman, P.L., who served as local counsel to G&M in Florida and assisted G&M in both substantive and administrative capacities, and Evan S. Cohen, who is Flo & Eddie's litigation and business attorney and assisted G&M in formulating the case and collecting and producing relevant documents during discovery. The billing records in this case were generated from G&M's timekeeping system and are maintained in the ordinary course of business. Time is recorded in 1/10 of an hour increments.

13.     I have reviewed G&M's time records and the charts below reflect the time on each of the three matters incurred by G&M for the time period February 1, 2013 through November 30, 2016. The lodestar value of G&M attorney time through November 30, 2016 is $4,487,107.50 for the California action, $808,405.00 for the New York action and $814,905.00 for the Florida action, for a total lodestar

value of G&M time for all actions of $6,110,417.50. In addition, the lodestar values of the attorney time by Heller Waldman, P.L. and Evan Cohen are $115,336 and $48,532, respectively.

14.    G&M's rates listed below are the same rates paid by various hourly clients we represent in the entertainment and other industries and thus are market tested.

15.    Should the Court request further supporting documentation for these amounts, the firm is prepared to provide it.

**California Action**

| Attorney | Total Hours Billed | Total Fees Billed |
|---|---|---|
| Henry Gradstein (Partner) | 1609.85 | $1,126,895.00 |
| Maryann Marzano (Partner) | 1654.70 | $1,158,290.00 |
| Harvey Geller (Of Counsel) | 1841.80 | $1,289,260.00 |
| Robert Allen (Of Counsel) | 438.55 | $263,130.00 |
| Matthew Slater (Associate) | 71.80 | $32,310.00 |
| Daniel Lifschitz (Associate) | 1732.60 | $606.410.00 |

| | | |
|---|---|---|
| Alexander Monsef (Law Clerk) | 86.50 | $10,812.50 |
| **Total** | 7,435.80 | $4,487,107.50 |

### New York Action

| Attorney | Total Hours Billed | Total Fees Billed |
|---|---|---|
| Henry  Gradstein (Partner) | 96.30 | $67,410.00 |
| Maryann    Marzano (Partner) | 227.10 | $158,970.00 |
| Harvey  Geller (Of Counsel) | 623.10 | $436,170.00 |
| Robert  Allen (Of Counsel) | 104.75 | $62,850.00 |
| Matthew  Slater (Associate) | 24.00 | $10,800.00 |
| Daniel  Lifschitz (Associate) | 206.30 | $72,205.00 |

23

| Total | 1,281.55 | $808,405.00 |
|-------|----------|-------------|

### Florida Action

| Attorney | Total Hours Billed | Total Fees Billed |
|----------|-------------------|-------------------|
| Henry Gradstein (Partner) | 158.80 | $111,160.00 |
| Maryann Marzano (Partner) | 193.20 | $135,240.00 |
| Harvey Geller (Of Counsel) | 529.30 | $370,510.00 |
| Robert Allen (Of Counsel) | 119.00 | $71,400.00 |
| Matthew Slater (Associate) | 127.40 | $57,330.00 |
|  | 197.90 | $69,265.00 |
| Daniel Lifschitz (Associate) |  |  |

24

| Total | 1,325.60 | $814,905.00 |

### Total all Matters by G&M Attorney Rate and Hours

| Name | Hourly Rate | Cumulative Lodestar | Cumulative Hours |
|---|---|---|---|
| Henry Gradstein (Partner) | $700.00 | $1,305,465.00 | 1,864.95 |
| Maryann Marzano (Partner) | $700.00 | $1,452,500.00 | 2075.00 |
| Harvey Geller (Of Counsel) | $700.00 | $2,095,940.00 | 2994.20 |
| Robert Allen (Of Counsel) | $600.00 | $397,380.00 | 662.30 |
| Matthew Slater (Associate) | $450.00 | $100,440.00 | 223.20 |
| Daniel Lifschitz (Associate) | $350.00 | $747,880.00 | 2136.80 |
| Alexander Monsef (Law Clerk) | $125.00 | $10,812.50 | 86.50 |

| Total | | $6,110,417.50 | 10,042.95 |
| --- | --- | --- | --- |

### Heller Waldman P.L. (Florida action - Local Counsel)

| Name | Hourly Rate | Cumulative Lodestar | Cumulative Hours |
| --- | --- | --- | --- |
| Glen Waldman (Partner) | $600.00 | $38,280.00 | 63.8 |
| Eleanor Barnett (Partner) | $600.00 | $17,400.00 | 29 |
| Jason Gordon (Partner) | $600.00 | $57,120.00 | 95.2 |
| Michael Sayre (Associate) | $450.00 | $945.00 | 2.1 |
| Mae Van Gils (Paralegal) | $215.00 | $494.50 | 2.3 |
| Vanessa Padreyes (Paralegal) | $215.00 | $1096.50 | 5.1 |
| **Total** | | $115,336.00 | 197.5 |

### Evan Cohen (Co-Counsel)

| Hourly Rate | Cumulative Lodestar | Cumulative Hours |
| --- | --- | --- |

26

| $450.00 | $48,532.50 | 107.85 |
|---------|------------|--------|
| **Total** | $48,532.50 | 107.85 |

16.     The total out-of-pocket expenses advanced or reimbursed by G&M through November 30, 2016 is $225,154.19. Each of these out-of-pocket costs was necessarily incurred and is ordinarily billed to clients and is therefore recoverable. These reasonable costs were incurred by G&M on behalf of the class for filing fees and other court fees, service of process, messenger and other delivery fees, court reporter fees, videographer expenses, expert witnesses and consultants, travel expenses, including air travel, taxis, meals and hotel accommodations, photocopying and other reproduction costs, trial electronics, computer research, parking, and other costs commonly incurred in prosecuting prospective class actions incurred by the attorneys as an indispensable aspect of their successful work on this case. Moreover, because G&M handled this litigation on a contingency fee basis, advancing many hours and costs without certainty of reimbursement, G&M had every incentive to, and did, minimize the fees and costs expended in this case whenever possible.

17.     In computing the amount of the fees incurred, I have applied billing judgment to the fees and costs in this matter. G&M has sought only attorneys' fees for those legal services which, at the time rendered, would have been undertaken by a reasonable and prudent lawyer to advance or protect Plaintiffs' interests in the pursuit of its successful outcome. It is my view that, because of G&M's extensive experience in intellectual property and business cases, we are able to handle cases more efficiently and cost effectively than less experienced firms.

18.     I have been a litigator for approximately 37 years, litigating and trying a wide variety of entertainment, intellectual property and complex business cases, including a top-ten jury verdict against PBS in California and numerous other multi-

27

million dollar verdicts and settlements. I believe that I enjoy a good reputation among judges and have exhibited the ability to win or negotiate favorable settlements in many large and high profile cases. I have been named by The Hollywood Reporter as one of its Top 100 Power Lawyers, by Billboard Magazine as one of Music's Most Powerful Attorneys and by The Daily Journal as one of California's Top Entertainment Lawyers and a Leading Intellectual Property Attorney. Other attorneys from G&M who worked on these cases are :

  a. My partner, Maryann Marzano, has over 36 years of litigation experience, including complex federal litigation matters and class action lawsuits, representing both plaintiffs and defendants. Ms. Marzano was formerly a partner of Blecher & Collins, P.C. (now Blecher, Collins & Pepperman) where she successfully represented both plaintiffs and defendants in class action matters, and has obtained monetary recoveries for clients stretching into the nine-digits. Her litigation experience includes securities, antitrust and unfair competition matters, copyright and trademark infringement matters, entertainment industry disputes and breach of contract claims, and numerous complex business litigation matters on a global basis.

  b. Harvey Geller has over three decades of experience handling complex business litigation matters, with extensive experience in intellectual property, technology, internet, digital media, and entertainment matters. Mr. Geller has also been recognized by The Hollywood Reporter as one of its Top 100 Power Lawyers, by Billboard Magazine as one of Music's  Most Powerful Attorneys and by The Daily Journal as one of California's Top Entertainment Lawyers and a Leading Intellectual Property Attorney.

c.  Robert Allen has over two decades of experience as an intellectual property attorney, with experience in both litigation and transactions involving copyright, entertainment, and new media. Prior to his work with G&M, Mr. Allen held senior positions in the business and legal affairs departments of Universal Music Publishing Group and PolyGram Music Publishing Group. Mr. Allen is currently a principal in the Los Angeles office of McKool Smith.

d.  Matthew Slater is a senior associate at G&M with significant experience in civil litigation and intellectual property law. Prior to joining G&M, Mr. Slater was general counsel for the wireless telecommunications company Ring Plus, Inc., and an associate at the civil litigation firm Lee & Kaufman, LLP.

e.  Daniel Lifschitz is an associate attorney at G&M who specializes in copyright law and intellectual property litigation. Prior to joining G&M, Mr. Lifschitz worked at the boutique entertainment and business litigation firm of Lowe & Associates, where he focused on pre-trial and appellate motion practice, including numerous cases before the California Court of Appeals, the Ninth Circuit Court of Appeals, and the United States Supreme Court.

19.  I am familiar with the G&M personnel who worked on this matter. Based upon my decades of knowledge and experience, their billing rates as listed in the chart above are commensurate with their years of experience and skill, and my firm is paid these (and higher) rates by clients on a regular basis. These rates are also within the range of fees charged by similar law firms in Los Angeles for litigating complex and class action matters and for trying those cases in the district court.

20.  Class Counsel seeks a 30% fee award of the recovery for the Class in this case – including both past and future royalties. Such an award is reasonable and

is less than the contingent agreements G&M typically negotiates with its clients. G&M's standard contingent fee is 33.3% before the date set for trial and 40% within 60 days of the date set for trial, with the client advancing expenses. This market-tested amount supports the fee award sought here.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of December, 2016, at Los Angeles, California.


*/s/ Henry Gradstein*
Henry Gradstein