GRADSTEIN & MARZANO, P.C.
HENRY GRADSTEIN (89747)
hgradstein@gradstein.com
MARYANN R. MARZANO (96867)
mmarzano@gradstein.com
6310 San Vicente Blvd., Suite 510
Los Angeles, CA 90048
T: 323-776-3100

SUSMAN GODFREY L.L.P.
STEPHEN E. MORRISSEY (187865)
smorrissey@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
T: 310-789-3100 F: 310-789-3150

[Additional Counsel on Signature Page]
*Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| FLO & EDDIE, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIRIUS XM RADIO INC., a Delaware corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. CV13-05693 PSG (GJSx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION CERTIFICATION AND SETTLEMENT**<br><br>Date: May 8, 2017<br>Time: 1:30 p.m.<br>Place: Courtroom 6A |

4885948v1/015185

**TO DEFENDANT SIRIUS XM RADIO, INC. AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 7, 2017 at 1:30 p.m., or as soon thereafter or beforehand as it may be heard, in Courtroom 6A of the First Street Federal Courthouse, located at 350 W. 1st Street, Los Angeles, CA, 90012, Plaintiff Flo & Eddie, Inc. ("Flo & Eddie"), by and through Gradstein & Marzano, P.C. and Susman Godfrey L.L.P., will, and hereby does, respectfully move this Court pursuant to Federal Rule of Civil Procedure 23 for an order (i) granting final approval of the Settlement; (ii) certifying the Settlement Class for the purpose of effectuating the settlement; (iii) approving the form and method of notice of the Settlement; and (iv) approving the plan of distribution as fair, reasonable, and adequate.

This motion is based on this Notice of Motion and Motion for Final Approval of Class Action Certification and Settlement, the accompanying memorandum of points and authorities, the declaration of Michael Wallace filed herewith, the Settlement Agreement (Dkt. 666-4), the pleadings and the papers on file in this action, and such other matters as the Court may consider.

Dated: April 10, 2017

By: */s/ Rachel S. Black*

GRADSTEIN & MARZANO, P.C.
Henry Gradstein
Maryann R. Marzano

SUSMAN GODFREY L.L.P.
Stephen E. Morrissey
Steven G. Sklaver
Kalpana Srinivasan
Rachel S. Black, *Admitted PHV*
Michael Gervais, *Admitted PHV*

*Co-Lead Class Counsel*