GRADSTEIN & MARZANO, P.C.
HENRY GRADSTEIN (State Bar No. 89747)
hgradstein@gradstein.com
MARYANN R. MARZANO (State Bar No. 96867)
mmarzano@gradstein.com
6310 San Vicente Blvd., Suite 510
Los Angeles, California 90048
T: 323-776-3100

SUSMAN GODFREY L.L.P.
STEPHEN E. MORRISSEY (187865)
smorrissey@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
T: 310-789-3100 F: 310-789-3150

[Additional Counsel for Plaintiff on Signature Page]
*Attorneys for Plaintiff FLO & EDDIE, INC. and the Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| FLO & EDDIE, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIRIUS XM RADIO, INC., a Delaware corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. CV13-05693 PSG (GJSx)<br><br>**SUPPLEMENTAL DECLARATION OF STEVEN G. SKLAVER IN SUPPORT OF MOTION BY PLAINTIFF FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**<br><br>Date: May 8, 2017<br>Time: 1:30 p.m.<br>Place: Courtroom 6A |

I, Steven G. Sklaver, hereby declare as follows:

1. I am a partner at Susman Godfrey L.L.P. ("Susman Godfrey"), counsel of record for the Plaintiff Flo & Eddie, Inc. and the certified class (collectively, "Plaintiffs") in the above-entitled action. I have personal knowledge of the facts set forth in this declaration and, if called to testify thereto, could and would do so competently.

2. I respectfully submit this supplemental declaration in support of Plaintiff's motion for an award of attorneys' fees and costs. Susman Godfrey has significant experience with litigation and class actions, including settlements thereof. A copy of the firm's class action profile and my profile are available at www.susmangodfrey.com. The lawyers working on this case for the Class are experienced lawyers who have substantial experience prosecuting large-scale class actions and complex litigation.

3. On March 28, 2016, Flo & Eddie sought the appointment of Susman Godfrey as co-lead class counsel to assist with the completion of discovery, pretrial preparation, and trial. *See* Dkt. 278. By its Order dated May 16, 2016, Dkt. 308, the Court appointed Susman Godfrey as co-lead class counsel in this case pursuant to Federal Rule of Civil Procedure 23(g). Since that time, Susman Godfrey has acted as co-lead class counsel. I, along with other Susman Godfrey attorneys and co-lead class counsel Gradstein & Marzano, P.C. (G&M), have personally supervised and directed every aspect of the prosecution and resolution of this litigation on behalf of Plaintiff and the Class.

4. According to the records of my firm and the Declaration of Henry Gradstein ("Gradstein Declaration"), filed concurrently herewith, Class Counsel performed 15286.50 total hours of work in the prosecution and settlement of this litigation – including 659.2 hours in ongoing work since the opening motion for fees in this case. This resulted in a total attorneys' fee lodestar of $8,727,094.80 – including $370,217.00 in ongoing work since the opening motion for fees in this

case. Of those hours, Susman Godfrey attorneys and support staff performed 4,481.2 hours of work, resulting in a total Susman Godfrey attorneys' fee lodestar of $2,203,008.50 – $2,082,591.50 of which was accumulated prior to filing the opening motion for fees in this case as laid out in the original declaration I submitted. Dkt. 672 ("Declaration Of Steven G. Sklaver In Support Of Motion By Plaintiff For An Award Of Attorneys' Fees And Costs"). The remainder of the $120,417.00 Susman Godfrey lodestar is described below.

5. Attached as Exhibit 1 is a true and correct copy of a supplemental summary schedule indicating the amount of time from November 30, 2016 through April 20, 2017, spent by the partners, attorneys and other professional support staff of my firm who were involved in this litigation, and the lodestar calculation based on my firm's billing rates in effect in 2016. The schedule was prepared from contemporaneous time records regularly prepared and maintained by my firm. The hourly rates for the partners, attorneys and professional support staff in my firm included in this schedule are the same as the usual customary hourly rates charged for their services in cases where my firm is engaged to be paid by the hour.

6. The total number of hours expended by my firm in this litigation from inception through April 20, 2017—which does not include any time spent on Plaintiffs' motion for an award of attorneys' fees and expenses—is 4,481.2 hours. Of this, 4,279 hours were expended prior to the opening motion on fees and are outlined in my prior declaration. Dkt 672. An additional 202.2 hours were expended between November 30, 2016 and April 20, 2017 resulting in a supplement lodestar for my firm of $120,417.00. The total lodestar for my firm is $2,203,008.50. Should the Court request further supporting documentation for these amounts, the firm is prepared to provide it.

7. Class Counsel also seeks reimbursement of approximately $1,679,587.55 in unreimbursed costs and expenses reasonably paid or incurred by Class Counsel in the prosecution and settlement of the litigation, as of April 20,

2016.  This includes additional expenditures of $146,037.56 since the motion for fees was filed.  Of this amount, Susman Godfrey advanced $1,450,965.47 total, including $142,569.67 from November 30, 2016 through April 20, 2017 in unreimbursed costs and expenses.  The details and categories of those Susman Godfrey expenses are summarized in Dkt. 672 and below.

8. The expenses incurred in this action are reflected on the books and records of my firm.  These books and records are prepared from expense vouchers, check records and other materials that represent an accurate recordation of the expenses incurred.  Should the Court request further supporting documentation for these amounts, my firm is prepared to provide it.

9. The expenses noted are reasonable and were incurred for items necessary to the prosecution of the litigation.  The expenses were incurred in conjunction with the services of appellate and damages experts, travel and research costs.

Signed this 24th day of April, 2017, at Los Angeles, California.

                                        */s/ Steven G. Sklaver*
                                          Steven G. Sklaver

# EXHIBIT 1

**SUSMAN GODFREY L.L.P.'s FEES**

Flo & Eddie, Inc. v. Sirius XM Radio, Inc.
Firm Name: Susman Godfrey L.L.P.
November 30, 2016-April 20, 2017

| | Hourly rate | Cumulative Lodestar | Cumulative Hours |
|---|---|---|---|
| Steven Morrissey (Partner) | $700.00 | $20,510 | 29.3 |
| Steven Sklaver (Partner) | $700.00 | $29,610 | 42.3 |
| Rachel Black (Partner) | $550.00 | $37,015 | 67.3 |
| Kalpana Srinivasan (Partner) | $550.00 | $31,185 | 56.7 |
| Michael Gervais (Associate) | $375.00 | $1,125 | 3.0 |
| Simon DeGeorges (Paralegal) | $270.00 | $837.00 | 3.1 |
| Joel Tan | $270.00 | $135.00 | .5 |
| **TOTAL** | | $120,417.00 | 202.2 |

# EXHIBIT 2

## SUSMAN GODFREY L.L.P.'s EXPENSES

*Flo & Eddie, Inc. v. Sirius XM Radio, Inc.,* Susman Godfrey Combined Expenses All Cases (from December 30, 2016 through April 20, 2017)

| | |
|---|---|
| **California** | $112,724.99 |
| **Florida** | $25,000.00 |
| **New York** | $4,844.68 |
| **Total** | **$142,569.67** |

*Flo & Eddie, Inc. v. Sirius XM Radio, Inc.,* U.S.D.C for the Central District of California, Case No. 2:13-CV-05693

| Cost Code | Category | Total |
|---|---|---|
| **ABR** | Reports | $871.00 |
| **PRINT** | Reproduction charges | $93.00 |
| **EXPERT** | Expert fees | $95,600.00 |
| **GROUND** | Transportation charges | $65.00 |
| **HCMSGR** | Messenger/Delivery Services | $304.03 |
| **HCTELE** | Telephone & Calling Card Expenses | $106.87 |
| **MEALS** | Meals (Travel) | $784.63 |
| **MISC** | Miscellaneous Client Charges | $103.88 |
| **POST** | Post charges | $0.46 |
| **PRINT** | Printing charges | $83.50 |
| **RESRCH** | Research charges | $10,954.65 |
| **SECOT** | Secretarial Overtime | $1,825.00 |
| **TRAVEL** | Hotel & Travel Expenses | $1,932.97 |
| **TOTAL** | | $112,724.99 |

*Flo & Eddie Inc. v. Sirius XM Radio Inc.,* U.S.D.C for the Southern District of Florida, Case No. 13-CV-23182

| Cost Code | Category | Total |
|---|---|---|
| **APPEAL** | Appellate Expert Fees | $25,000.00 |

*Flo & Eddie Inc. v. Sirius XM Radio Inc.,* U.S.D.C for the Southern District of New York, Case No. 13-CV-5784

| Cost Code | Category | Total |
|---|---|---|
| **APPEAL** | Appellate Expert Fees | $4,660.78 |
| **RESRCH** | Research fees | $183.90 |
| **TOTAL** | | $4,844.68 |