GRADSTEIN & MARZANO, P.C.
HENRY GRADSTEIN (State Bar No. 89747)
hgradstein@gradstein.com
MARYANN R. MARZANO (State Bar No. 96867)
mmarzano@gradstein.com
6310 San Vicente Blvd., Suite 510
Los Angeles, California 90048
T: 323-776-3100

SUSMAN GODFREY L.L.P.
STEPHEN E. MORRISSEY (187865)
smorrissey@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
T: 310-789-3100 F: 310-789-3150

[Additional Counsel for Plaintiff on Signature Page]
*Attorneys for Plaintiff FLO & EDDIE, INC. and the Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| FLO & EDDIE, INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIRIUS XM RADIO, INC., a Delaware corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. CV13-05693 PSG (GJSx)<br><br>**SUPPLEMENTAL DECLARATION OF HENRY GRADSTEIN IN SUPPORT OF MOTION BY PLAINTIFF FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**<br><br>Date: May 8, 2017<br>Time: 1:30 p.m.<br>Place: Courtroom 6A |

I, Henry Gradstein, hereby declare and state as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice before the United States District Court for the Central District of California since 1979. I am a partner in the law firm of Gradstein & Marzano, P.C. ("G&M"), which has been appointed as Co-Lead Class Counsel in the above-entitled action. I have personal knowledge of the facts set forth herein, and if called upon to testify as a witness, I could and would do so competently. I make this supplemental declaration in support of Plaintiff Flo & Eddie Inc.'s ("Flo & Eddie" or "Plaintiff") Motion for an Award of Attorneys' Fees and Costs ("Fee Motion") Dkt. 669.

2. Since the filing of the Fee Motion and the declarations of Steven Sklaver and myself dated December 30, 2016 (Dkts. 671, 672), the legal work in support of the settlement and pending appeals has continued apace. Without limitation, Class Counsel has prepared and filed motions with this Court for preliminary and final approval of the class settlement, as well as a response to Sirius XM's statement regarding preliminary approval and an Opposition to the motion by non-class members to file an amicus brief. In the New York proceedings, Class Counsel prepared and filed the letter brief as requested by the Second Circuit regarding the ruling by the New York Court of Appeals, as well as a supplemental letter brief. In the Florida proceedings, Class Counsel prepared and filed the reply brief with the Florida Supreme Court and prepared for and argued the appeal before the Florida Supreme Court on April 6, 2017. The dates of those filings and argument were as follows:

| Case | Date | Activity |
|---|---|---|
| CA | 11/28/16 | Motion for Preliminary Approval of Settlement |
| NY | 1/18/17 | Letter Brief requested by 2nd Circuit |
| FL | 1/23/17 | Reply Brief in Florida Supreme Court |
| NY | 1/26/17 | Motion to file Supplemental letter brief in 2nd Circuit |

| Case | Date | Activity |
|---|---|---|
| CA | 1/27/17 | Response to Sirius XM's Statement re preliminary approval |
| FL | 4/6/17 | Florida Supreme Court argument |
| CA | 4/10/17 | Motion for Final Approval of Settlement |
| CA | 4/10/17 | Opposition to motion by non-class members to file amicus |

3. In addition to the foregoing, Class Counsel has worked extensively with Music Reports Inc. ("MRI") – the royalty administrator – to develop the database and website for Class members to claim their pro-rata share of the Settlement Fund. Class Counsel has also worked extensively with Garden City Group ("GCG"), the class action administrator, to develop the class action website, provide notice to Class members and to update them with information as the case has progressed. Class Counsel has also had numerous communications with Class members regarding the status of the settlement.

4. Given the complexities of the settlement and its appellate contingencies, Class Counsel's work will continue for quite some time following the Court's determination of whether to grant final approval of the settlement. Administration of the Settlement Fund will require Class Counsel to continue to work with GCG and MRI and field questions from Class members. Class Counsel will be involved in implementing the future royalty program envisioned by the Settlement Agreement. Additionally, Class Counsel will remain available to address issues arising from the forthcoming ruling by the Florida Supreme Court and to litigate any further proceedings in the Eleventh Circuit. Finally, as envisioned by the Settlement Agreement, Class Counsel will need to prepare, brief and argue Sirius XM's appeal from this Court's summary judgment ruling, both in the Ninth Circuit and likely in the California Supreme Court.

5. I have asked staff at my firm to prepare a summary of the additional G&M time and expenses invested since November 30, 2016 (the prior cut-off date) exclusive of time spent related to the Fee Motion. The law firms of Heller Waldman,

P.L., local counsel to G&M in Florida, and Evan S. Cohen, Flo & Eddie's litigation and business attorney, did not expend additional time on the cases.

6. The charts below reflect the additional time on each of the three matters incurred by G&M at the rates specified in my prior declaration. The additional lodestar value of G&M attorney time since November 30, 2016 is $161,950.00 for the California action, $38,500.00 for the New York action and $49,350.00 for the Florida action, for a total additional lodestar value of $249,800.00.

**G&M Attorney Time Since November 30, 2016 By Matter**

**California Action**

| Attorney | Total Hours Billed | Total Fees Billed |
|---|---|---|
| Henry D. Gradstein (Partner) | 50.9 | $35,630.00 |
| Maryann R. Marzano (Partner) | 99.3 | $69,510.00 |
| Matthew A. Slater (Associate) | 2.5 | $1,125.00 |
| Daniel B. Lifschitz (Associate) | 159.1 | $55,685.00 |
| **Total** | 311.8 | $161,950.00 |

**New York Action**

| Attorney | Total Hours Billed | Total Fees Billed |
|---|---|---|
| Henry D. Gradstein (Partner) | 24.8 | $17,360.00 |
| Maryann R. Marzano (Partner) | 14.4 | $10,080.00 |

| | | |
|---|---|---|
| Daniel B. Lifschitz (Associate) | 31.6 | $11,060.00 |
| **Total** | 70.8 | $38,500.00 |

### Florida Action

| Attorney | Total Hours Billed | Total Fees Billed |
|---|---|---|
| Henry Gradstein (Partner) | 55.0 | $38,500.00 |
| Maryann R. Marzano (Partner) | 11.6 | $8,120.00 |
| Daniel Lifschitz (Associate) | 7.8 | $2,730.00 |
| **Total** | 74.4 | $49,350.00 |

| | | | |
|---|---|---|---|
| **Cumulative Total** | 457 | $249,800.00 | |

7. Additional out-of-pocket expenses advanced or reimbursed by G&M since November 30, 2016 were $3,467.89 ($678.40 for California and $2,789.49 for Florida). Again, these out-of-pocket expenses were necessarily incurred and ordinarily billable to clients. They consisted primarily of filing-related expenses and travel and associated expenses in connection with the Supreme Court hearing in Florida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of April, 2017, at Los Angeles, California.

*/s/ Henry Gradstein*
Henry Gradstein

4913140v1/015185

5